# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** : | |
| : | |
| Plaintiff, : | CASE NO. 25-CV-01061 |
| : | |
| v. : | JUDGE CHRISTOPHER A. BOYKO |
| : | |
| **THE NOTRE DAME COLLEGE,** : | **MAGISTRATE JENNIFER DOWDELL** |
| **PETER J. CORRIGAN,** : | **ARMSTRONG** |
| **JUSTIN TISDALE,** : | |
| **LEN BARKER, and** : | |
| **CUYAHOGA COUNTY TREASURER,** : | |
| : | |
| **DEFENDANTS** : | |

### ORDER EXPEDITING CONSIDERATION OF MOTION FOR APPOINTMENT OF AURORA MANAGEMENT PARTNERS AND DAVID BAKER AS RECEIVER FOR CERTAIN PROPERTY OF THE NOTRE DAME COLLEGE WITH CONSENT OF THE COLLEGE

Upon consideration of Plaintiff's Motion to Expedite Consideration of the Motion for Appointment of Aurora Management Partners and David Baker as Receiver for Certain Property of The Notre Dame College (the "Motion"), and considering any opposition to the Motion and it appearing that there is good cause therefore, it is therefore, by the U.S. District Court for the Northern District of Ohio,

ORDERED that any responses to the Motion for Appointment of Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College with Consent of the College ("Motion for Receiver") shall be filed and served no later than **June 9, 2025**; and it is further

ORDERED that any reply in support of the Motion for Receiver shall be filed and served no later than **June 13, 2025**; and it is further

ORDERED that hearing on the Motion for Receiver and any responses and replies thereto will be held on **June \_\_\_\_, 2025, at** _____, in Courtroom 9A, of the Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113-1834.

SIGNED: _____, 2025

_____
The Honorable Christopher A. Boyko