**Exhibit G**

skip to main content

[Print]

# CASE INFORMATION

## CV-23-984424 FIFTH THIRD BANK, NATIONAL ASSOCIATION vs. FAITH CHURCH OF GLENVILLE, ET AL

### Case Parties

**PLAINTIFF** **(1)** FIFTH THIRD BANK, NATIONAL ASSOCIATION
38 FOUNTAIN SQUARE
CINCINNATI, OH 45263

**PLAINTIFF** **(2)** SMS FINANCIAL STRATEGIC INVESTMENTS V LLC
3707 EAST SHEA BLVD
SUITE 100
PHOENIX, AZ 85028-0000

**ATTORNEY** BRIAN J GREEN (0063921)
SIGNATURE SQUARE 11 SUITE 220
25101 CHAGRIN BOULEVARD
BEACHWOOD, OH 44122-0000
Ph: 216-831-5100
Answer Filed: N/A

**DEFENDANT (1)** FAITH CHURCH OF GLENVILLE
4012 STICKNEY AVENUE
CLEVELAND, OH 44109

**ATTORNEY** MATTHEW P CURRY (0078306)
P.O. BOX 363
DELAWARE, OH 43015-0000
Ph: 614-380-0202
Answer Filed: N/A

**ATTORNEY** / PRO SE (9999999)

**DEFENDANT (2)** STATE OF OHIO, OHIO DEPARTMENT OF TAXATION
30 E. BROAD STREET
COLUMBUS, OH 43215

**ATTORNEY** AMY KELLER KAUFMAN (0073837)
30 EAST BROAD STREET 14TH FLOOR
COLUMBUS, OH 43215-0000
Ph: 614-466-8270
Answer Filed: N/A

**DEFENDANT (3)** MICHAEL W CHAMBERS
2079 EAST NINTH STREET
CLEVELAND, OH 44115

**ATTORNEY** TERRENCE JONES (0039003)
310 W LAKESIDE AVE 3RD FLOOR
SUITE 300
CLEVELAND, OH 44113-0000
Ph: 216-443-5294
Answer Filed: N/A

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2025 PROWARE. All Rights Reserved. 1.1.303

skip to main content

Print

# CASE INFORMATION

## CV-23-984424 FIFTH THIRD BANK, NATIONAL ASSOCIATION vs. FAITH CHURCH OF GLENVILLE, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 06/09/2025 | N/A | JE | MOTION TO SUBSTITUTE PLAINTIFF IS GRANTED. THE CLERK OF COURTS IS HEREBY ORDERED TO SUBSTITUTE "SMS FINANCIAL STRATEGIC INVESTMENTS V LLC" AS THE PLAINTIFF AND TO LIST BRIAN GREEN (S.C. 0063921) AS ITS ATTORNEY OF RECORD. NOTICE ISSUED | ▤ |
| 06/05/2025 | P1 | MO | MOTION FILED FOR P1 FIFTH THIRD BANK, NATIONAL ASSOCIATION BRIAN J GREEN 0063921 MOTION TO SUBSTITUTE PLAINTIFF | ▤ |
| 01/10/2025 | P1 | NT | NOTICE FILED BY P1 FIFTH THIRD BANK, NATIONAL ASSOCIATION ATTORNEY BRIAN J GREEN 0063921 NOTICE OF FILING ASSIGNMENT OF JUDGMENT ENTRY | ▤ |
| 11/01/2024 | D1 | SR | JUDGMENT ENTRY(55207213) SENT BY REGULAR MAIL SERVICE. TO: FAITH CHURCH OF GLENVILLE 4012 STICKNEY AVENUE CLEVELAND, OH 44109 | |
| 10/30/2024 | D1 | SR | JUDGMENT ENTRY(55207212) SENT BY EMAIL. TO: MATTHEW P CURRY MPC@MPCLAWLLC.COM | |
| 10/30/2024 | D3 | SR | JUDGMENT ENTRY(55207211) SENT BY EMAIL. TO: TERRENCE JONES P4FAXFORECLOSURE@PROSECUTOR.CUYAHOGACOUNTY.US | |
| 10/30/2024 | D2 | SR | JUDGMENT ENTRY(55207209) SENT BY EMAIL. TO: AMY KELLER KAUFMAN AMY.KAUFMAN@OHIOATTORNEYGENERAL.GOV | |
| 10/30/2024 | P1 | SR | JUDGMENT ENTRY(55207208) SENT BY EMAIL. TO: JEFFREY M HENDRICKS JHENDRICKS@BRICKERGRAYDON.COM | |
| 10/30/2024 | N/A | JE | JUDGMENT ENTRY ADOPTING MAGISTRATE'S DECISION. ORDER SEE JOURNAL. NOTICE ISSUED | ▤ |
| 10/10/2024 | D1 | SR | MAGISTRATE'S DECISION(55014798) SENT BY REGULAR MAIL SERVICE. TO: FAITH CHURCH OF GLENVILLE 4012 STICKNEY AVENUE CLEVELAND, OH 44109 | |
| 10/08/2024 | D1 | SR | MAGISTRATE'S DECISION(55014797) SENT BY EMAIL. TO: MATTHEW P CURRY MPC@MPCLAWLLC.COM | |
| 10/08/2024 | D3 | SR | MAGISTRATE'S DECISION(55014796) SENT BY EMAIL. TO: TERRENCE JONES P4FAXFORECLOSURE@PROSECUTOR.CUYAHOGACOUNTY.US | |
| 10/08/2024 | D2 | SR | MAGISTRATE'S DECISION(55014795) SENT BY EMAIL. TO: AMY KELLER KAUFMAN AMY.KAUFMAN@OHIOATTORNEYGENERAL.GOV | |
| 10/08/2024 | P1 | SR | MAGISTRATE'S DECISION(55014794) SENT BY EMAIL. TO: JEFFREY M HENDRICKS JHENDRICKS@BRICKERGRAYDON.COM | |
| 10/08/2024 | N/A | OT | MAGISTRATE'S DECISION WITH FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED AND SENT TO ALL PARTIES ON SERVICE PAGE. | ▤ |
| 10/02/2024 | N/A | JE | MOTION OF THE PLAINTIFF FOR SUMMARY JUDGMENT IS GRANTED. SUMMARY JUDGMENT IS GRANTED IN FAVOR OF FIFTH THIRD BANK, NATIONAL ASSOCIATION ON THE COMPLAINT AS TO DEFENDANT FAITH CHURCH OF GRANVILLE. A DECREE OF FORECLOSURE IS GRANTED IN FAVOR OF THE PLAINTIFF FOR THE MORTGAGE ON PARCEL 2 AND PARCEL 3 AND FOR THE JUDGMENT LIEN ON PARCEL 1. MORE SPECIFIC FINDINGS WILL BE ENTERED IN THE MAGISTRATE'S DECISION. NOTICE ISSUED | ▤ |
| 08/29/2024 | P1 | NT | NOTICE OF SUBSTITUTION OF COUNSEL FILED | ▤ |
| 08/28/2024 | P1 | OT | GENERAL PLEADING FILED BY P1 FIFTH THIRD BANK, NATIONAL ASSOCIATION ATTORNEY JEFFREY M HENDRICKS 0066889 MAGISTRATE'S DECISION | ▤ |
| 08/28/2024 | P1 | NT | NOTICE FILED BY P1 FIFTH THIRD BANK, NATIONAL ASSOCIATION ATTORNEY JEFFREY M HENDRICKS 0066889 NOTICE OF FILING FINAL JUDICIAL REPORT | ▤ |

ON FOR SUMMARY JUDGMENT FILED PLAINTIFF'S MOTION FOR SUMMARY
MENT 10/02/2024 - GRANTED

E OF SUBSTITUTION OF COUNSEL FILED NOTICE OF SUBSTITUTION OF
SEL

PHONE PRETRIAL HELD. PLAINTIFF IS GRANTED LEAVE UNTIL AUGUST 30,
TO FILE A DISPOSITIVE MOTION. NOTICE ISSUED

PHONE PRETRIAL SET FOR 07/15/2024 AT 10:30 AM. ANY PARTY MAY APPEAR
E TELEPHONE PRETRIAL BY CALLING 216-443-8505 TEN MINUTES PRIOR TO
SCHEDULED TIME OF THE HEARING. THIS PRETRIAL MAY BE ATTENDED ONLY
ELEPHONE. NOTICE ISSUED

TRIAL HELD. THE COURT WAS NOTIFIED THAT THIS CASE IS CLOSE TO A
LEMENT. HOLD FOR DISMISSAL. NOTICE ISSUED

PHONE PRETRIAL SET FOR 06/17/2024 AT 09:30 AM. ANY PARTY MAY APPEAR
E TELEPHONE PRETRIAL BY CALLING 216-443-8505 TEN MINUTES PRIOR TO
SCHEDULED TIME OF THE HEARING. THIS PRETRIAL MAY BE ATTENDED ONLY
ELEPHONE. NOTICE ISSUED

PHONE PRETRIAL SET FOR 04/15/2024 AT 10:15 AM. ANY PARTY MAY APPEAR
E TELEPHONE PRETRIAL BY CALLING 216-443-8505 TEN MINUTES PRIOR TO
SCHEDULED TIME OF THE HEARING. THIS PRETRIAL MAY BE ATTENDED ONLY
ELEPHONE. NOTICE ISSUED

ON TO WITHDRAW AS COUNSEL IS GRANTED. THE CLERK OF COURTS IS
BY ORDERED TO REMOVE MATTHEW P. CURRY (S.C. NO. 0078306) AS THE
RNEY OF RECORD FOR DEFENDANT NO. 1, FAITH CHURCH OF GLENVILLE.
CE ISSUED

ON TO WITHDRAW AS COUNSEL 03/11/2024 - GRANTED

PHONE PRETRIAL SET FOR 03/18/2024 AT 09:00 AM. PRETRIAL HELD. THE
RNEY FOR THE PLAINTIFF AND THE ATTORNEY FOR THE PROPERTY OWNER
ARED. THE PARTIES ARE DISCUSSING LOSS MITIGATION. ANY PARTY MAY
AR AT THE TELEPHONE PRETRIAL BY CALLING 216-443-8505 TEN MINUTES
R TO THE SCHEDULED TIME OF THE HEARING. THIS PRETRIAL MAY BE
NDED ONLY VIA TELEPHONE. NOTICE ISSUED

AX HEARING SET ON DECEMBER 18, 2023 IS VACATED. NOTICE ISSUED

PHONE TAX HEARING SCHEDULED FOR 12/18/2023 AT 09:30 AM IS CANCELLED.
BY PHONE SET FOR 01/08/2024 AT 09:45 AM BY TELEPHONE. ANY PARTY MAY
AR AT THE TELEPHONE CONFERENCE BY CALLING 216-443-8505 TEN MINUTES
R TO THE SCHEDULED TIME OF THE HEARING. THIS CONFERENCE MAY BE
NDED ONLY VIA TELEPHONE. NOTICE ISSUED

ON OF FAITH CHURCH OF GLENVILLE TO FILE ANSWER INSTANTER IS
TED. NOTICE ISSUED

PHONE TAX HEARING SET FOR 12/18/2023 AT 09:30 AM. ANY PARTY MAY
AR AT THE TELEPHONE HEARING BY CALLING 216-443-8505 TEN MINUTES
R TO THE SCHEDULED TIME OF THE HEARING. THIS HEARING MAY BE
NDED ONLY VIA TELEPHONE. NOTICE ISSUED

WER FILED BY D1 FAITH CHURCH OF GLENVILLE ATTORNEY MATTHEW P
RY 0078306 ANSWER INSTANTER OF DEFENDANT FAITH CHURCH OF
VILLE

ON FOR LEAVE TO FILE ANSWER INSTANTER 12/07/2023 - GRANTED

E OF APPEARANCE, FILED D1 FAITH CHURCH OF GLENVILLE MATTHEW P
RY 0078306.

I CONSIDERATION OF THE PLAINTIFF'S MOTION, THE COURT HEREBY GRANTS
MOTION TO CHANGE LOCKS AND WINTERIZE THE PROPERTY ON VACANT
ELS (PARCEL 2 AND PARCEL 3). THE PLAINTIFF AND ANY OF ITS DULY
ORIZED AGENTS ARE HEREBY AUTHORIZED TO ENTER THE PROPERTIES FOR
PURPOSE OF CHANGING LOCKS AND IMPLEMENTING MEASURES TO PROTECT
PROPERTIES. IN FURTHERANCE OF THIS ORDER, THE PLAINTIFF SHALL, UPON
EST, ALLOW ACCESS TO THE OWNER OF THE PROPERTY, FAITH CHURCH OF
VILLE. IT IS EXPLICITLY STATED THAT THE PURPOSE OF THIS ORDER IS TO
GUARD THE VACANT PROPERTIES FROM POTENTIAL DAMAGE AND NOT TO
DE OR LOCK OUT THE OWNER OF THE SUBJECT PARCEL. NOTICE ISSUED

TIFF IS ORDERED TO FILE AN APPLICATION FOR DEFAULT JUDGMENT
NST THOSE PARTIES THAT HAVE NOT ANSWERED AND A FINAL JUDICIAL

| | | |
|---|---|---|
| | | REPORT WITHIN THIRTY DAYS FROM THE DATE OF THIS ORDER OR THE COMPLAINT WILL BE DISMISSED WITHOUT PREJUDICE. NOTICE ISSUED |
| 10/26/2023 P1 | MO | MOTION FILED FOR P1 FIFTH THIRD BANK, NATIONAL ASSOCIATION PATRICIA HILL 0072595 PLAINTIFF'S MOTION FOR AUTHORIZATION TO CHANGE LOCKS AND PROTECT PROPERTIES 11/13/2023 - GRANTED |
| 10/06/2023 D2 | AN | ANSWER FILED BY D2 STATE OF OHIO, OHIO DEPARTMENT OF TAXATION ATTORNEY AMY KELLER KAUFMAN 0073837 STATE OF OHIO DEPARTMENT OF TAXATION |
| 09/21/2023 D1 | SR | SUMS COMPLAINT(51904271) SENT BY REGULAR MAIL SERVICE. TO: FAITH CHURCH OF GLENVILLE 4012 STICKNEY AVENUE CLEVELAND, OH 44109 ANSWER DATE: 10/18/2023 |
| 09/20/2023 D1 | CS | WRIT FEE |
| 09/19/2023 P1 | SR | REQUEST FOR SERVICE FILED INSTRUCTIONS FOR SERVICE |
| 09/15/2023 D3 | AN | ANSWER FILED BY D3 MICHAEL W CHAMBERS ATTORNEY TERRENCE JONES 0039003 CUYAHOGA COUNTY FISCAL OFFICER |
| 09/15/2023 N/A | SR | CERTIFIED MAIL RECEIPT NO. 51467975 RETURNED 9/14/2023 FAILURE OF SERVICE ON DEFENDANT FAITH CHURCH OF GLENVILLE - UNCLAIMED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 09/06/2023 N/A | SR | USPS RECEIPT NO. 51467977 DELIVERED BY USPS 08/29/2023 CHAMBERS/MICHAEL/W PROCESSED BY COC 09/06/2023. |
| 09/06/2023 N/A | SR | USPS RECEIPT NO. 51467976 DELIVERED BY USPS 08/30/2023 STATE OF OHIO, OHIO DEPARTMENT OF TAXATION PROCESSED BY COC 09/06/2023. |
| 08/25/2023 D3 | SR | SUMS COMPLAINT(51467977) SENT BY CERTIFIED MAIL. TO: MICHAEL W CHAMBERS 2079 EAST NINTH STREET CLEVELAND, OH 44115 |
| 08/25/2023 D2 | SR | SUMS COMPLAINT(51467976) SENT BY CERTIFIED MAIL. TO: STATE OF OHIO, OHIO DEPARTMENT OF TAXATION 30 E. BROAD STREET COLUMBUS, OH 43215 |
| 08/25/2023 D1 | SR | SUMS COMPLAINT(51467975) SENT BY CERTIFIED MAIL. TO: FAITH CHURCH OF GLENVILLE 4012 STICKNEY AVENUE CLEVELAND, OH 44109 |
| 08/24/2023 N/A | JE | ALL NON-MILITARY CLIENT AFFIDAVITS FILED IN RESIDENTIAL MORTGAGE FORECLOSURE CASES MUST INDICATE THAT THE AFFIANT HAS ACTUAL PERSONAL KNOWLEDGE OF THE FILE AND LOAN HISTORY IN QUESTION AND HAS PERSONALLY REVIEWED THE DOCUMENTS, RECORDS, OR OTHER DATA RELIED UPON TO MAKE THE STATEMENTS CONTAINED IN THE AFFIDAVIT. ALL CLIENT EXECUTED MILITARY AFFIDAVITS FILED IN RESIDENTIAL MORTGAGE FORECLOSURE CASES MUST INDICATE THAT THE AFFIANT HAS ACTUAL PERSONAL KNOWLEDGE OF THE APPROPRIATE DEFENDANTS' MILITARY STATUS. FAILURE TO PROVIDE APPROPRIATE AFFIDAVITS MAY RESULT IN MANDATORY PERSONAL ATTENDANCE OF AN AFFIANT FOR A HEARING, THE IMPOSITION OF SANCTIONS AND PENALTIES FOR PERJURY OR CONTEMPT, AND DISMISSAL OF THE CASE. BEFORE JUDGMENT IS ENTERED ON ANY CLAIM FOR FORECLOSURE AND/OR MONEY JUDGMENT IN A RESIDENTIAL MORTGAGE FORECLOSURE CASE, COUNSEL FOR PLAINTIFF AND ANY OTHER PARTY THAT ASSERTS A CLAIM FOR FORECLOSURE OR MONEY JUDGMENT MUST FILE AN AFFIDAVIT OR AFFIDAVITS. IN REGARD TO NON-MILITARY CLIENT AFFIDAVITS, THIS AFFIDAVIT MUST: 1) IDENTIFY THE COUNSEL OF RECORD AND HIS OR HER LAW FIRM. 2) PROVIDE THAT THE COUNSEL OF RECORD HAS REVIEWED THE FILE. 3) PROVIDE THAT THE COUNSEL OF RECORD HAS COMMUNICATED WITH A REPRESENTATIVE OF THE PARTY SEEKING FORECLOSURE AND/OR MONEY JUDGMENT OR ITS SERVICER AND THAT THIS REPRESENTATIVE: HAS AFFIRMED THAT HE OR SHE HAS PERSONALLY REVIEWED THE DOCUMENTS, RECORDS, OR OTHER DATA RELATED TO THE CASE; HAS REVIEWED THE PLEADINGS AND OTHER COURT FILINGS IN THE CASE; AND HAS CONFIRMED BOTH THE FACTUAL ACCURACY OF THE PLEADINGS AND COURT FILINGS AND THE ACCURACY OF THE NOTARIZATIONS CONTAINED THEREIN. 4) PROVIDE THE FULL NAME OF THE REPRESENTATIVE DESCRIBED IN ITEM 3 AND THE DATE OR DATES OF THE COMMUNICATION. 5) CERTIFY THAT, TO THE BEST OF THE COUNSEL OF RECORD'S KNOWLEDGE, THE PLEADINGS AND OTHER COURT FILINGS IN SUPPORT OF THE CLAIMS FOR FORECLOSURE ARE COMPLETE AND ACCURATE IN ALL RELEVANT RESPECTS. 6) ACKNOWLEDGE THAT COUNSEL OF RECORD HAS A CONTINUING OBLIGATION TO AMEND AND SUPPLEMENT THE AFFIDAVIT IN LIGHT OF NEWLY DISCOVERED FACTS FOLLOWING ITS FILING. 7) BE SIGNED AND DATED BY COUNSEL OF RECORD. IN REGARD TO CLIENT EXECUTED MILITARY AFFIDAVITS, THIS AFFIDAVIT MUST: 1) IDENTIFY THE COUNSEL OF RECORD AND HIS OR HER LAW FIRM. 2) PROVIDE THAT THE COUNSEL OF RECORD HAS COMMUNICATED WITH THE AFFIANT OF THE MILITARY AFFIDAVIT AND THAT |

THE AFFIANT HAS AFFIRMED THAT HE OR SHE HAS PERSONALLY REVIEWED NECESSARY WEBSITE AND/OR DATABASE TO DETERMINE THE MILITARY STATUS OF THE APPROPRIATE DEFENDANTS. 3) PROVIDE THE FULL NAME OF THE AFFIANT DESCRIBED IN ITEM 2 AND THE DATE OR DATES OF THE COMMUNICATION. 4) CERTIFY THAT, TO THE BEST OF THE COUNSEL OF RECORD'S KNOWLEDGE, THE INFORMATION CONTAINED IN THE MILITARY AFFIDAVIT IS ACCURATE IN ALL RELEVANT RESPECTS. 5) ACKNOWLEDGE THAT COUNSEL OF RECORD HAS A CONTINUING OBLIGATION TO AMEND AND SUPPLEMENT THE AFFIDAVIT IN LIGHT OF NEWLY DISCOVERED FACTS FOLLOWING ITS FILING. 6) BE SIGNED AND DATED BY COUNSEL OF RECORD. FAILURE TO SUBMIT AN APPROPRIATE AFFIDAVIT ON OR BEFORE THE DATE OF TRIAL, THE DATE THAT A MOTION FOR SUMMARY JUDGMENT IS RIPE FOR RULING, OR THE DATE OF DEFAULT HEARING, WHICHEVER IS APPLICABLE, WILL RESULT IN DISMISSAL OF THE CASE AND MAY RESULT IN FURTHER SANCTIONS. STANDARDIZED AFFIDAVIT FORMS ARE POSTED ON THE CUYAHOGA COUNTY COURT OF COMMONPLEAS WEBSITE HTTP://CP.CUYAHOGACOUNTY.US/INTERNET/COURTDOCS/MAGISTRATES/AFFIDAVIT (REV5).PDF. ALL AFFIDAVITS SUBMITTED PURSUANT TO THIS ORDER MUST BE IN THE FORMAT OF THESE STANDARDIZED AFFIDAVIT FORMS. IN LIEU OF THIS AFFIDAVIT: 1) IN CASES WHERE CLIENT AFFIDAVITS HAVE BEEN FILED, THE AFFIANT OR AFFIANTS MUST APPEAR AT THE HEARING OF THE MATTER AND TESTIFY REGARDING THOSE AFFIDAVITS. THE REPRESENTATIVE MUST APPEAR IN PERSON AND TELEPHONIC APPEARANCE WILL NOT BE PERMITTED. IF MULTIPLE CLIENT AFFIDAVITS ARE FILED IN THE CASE AND ARE EXECUTED BY MORE THAN ONE AFFIANT, EACH AFFIANT MUST APPEAR AT THE HEARING OF THE MATTER. 2) IN CASES WHERE NO CLIENT AFFIDAVITS HAVE BEEN FILED, AN OFFICER OF THE PARTY SEEKING FORECLOSURE OR AN OFFICER OF ITS SERVICER MUST APPEAR AT THE HEARING OF THE MATTER AND TESTIFY IN SUPPORT OF THE ALLEGATIONS OF THE COMPLAINT AND CONTENTS OF OTHER DOCUMENTS OR COURT FILINGS. THE OFFICER MUST APPEAR IN PERSON AND TELEPHONIC APPEARANCE WILL NOT BE PERMITTED. 3) IN CASES WHERE NO HEARING IS SCHEDULED BEFORE THE ENTRY OF JUDGMENT (SUCH AS SOME SUMMARY JUDGMENT CASES), THE OFFICER OF THE PARTY SEEKING FORECLOSURE MUST, CONTEMPORANEOUSLY WITH THE MOTION FOR SUMMARY JUDGMENT, MOVE TO SCHEDULE A HEARING AT WHICH THE AFFIANT MAY APPEAR. 4) WITH THE EXCEPTION OF AFFIANTS OF MILITARY AFFIDAVITS, THE AFFIANT OR AN OFFICER OF THE PARTY SEEKING FORECLOSURE OR OFFICER OF ITS SERVICER WHO APPEARS IN COURT IN LIEU OF THE FILING OF A FORECLOSURE COUNSEL AFFIDAVIT MUST APPEAR WITH THE ORIGINAL PROMISSORY NOTE, INCLUDING ALL ENDORSEMENTS AND ALLONGES AND A CURRENT PAYMENT HISTORY FOR THE MORTGAGE LOAN AT ISSUE. THE AFFIANT OR AN OFFICER OF THE PARTY SEEKING FORECLOSURE OR OFFICER OF ITS SERVICER MUST BE PREPARED TO TESTIFY THAT HE OR SHE HAS PERSONALLY REVIEWED THE DOCUMENTS, RECORDS OR OTHER DATA RELATED TO THE CASE, HAS REVIEWED THE PLEADINGS AND OTHER COURT FILINGS IN THE CASE AND HAS CONFIRMED BOTH THE FACTUAL ACCURACY OF THE FILINGS AND THE ACCURACY OF THE NOTARIZATIONS CONTAINED THEREIN, IF ANY. THE AFFIANT OR AN OFFICER OF THE PARTY SEEKING FORECLOSURE OR OFFICER OF ITS SERVICER MUST BE PREPARED TO RESPOND TO THE QUESTIONING OF THE MAGISTRATE OR JUDGE PRESIDING OVER THE HEARING AND THE QUESTIONING OF ANY OTHER PARTY ATTENDING THE HEARING. 5) IF THE AFFIANT OR OFFICER OF THE PARTY SEEKING FORECLOSURE OR AN OFFICER OF ITS SERVICER HAS BEEN PREVIOUSLY DEPOSED AND HAS TESTIFIED UNDER OATH REGARDING THE ABOVE REQUIRED INFORMATION, THE FILING OF THE TRANSCRIPT OF THAT DEPOSITION WILL SATISFY THE REQUIREMENTS OF THIS POLICY. FAILURE TO FILE AN ATTORNEY AFFIDAVIT OR DO ANY OF THE ALTERNATIVES TO FILING AN ATTORNEY AFFIDAVIT BEFORE THE CASE IS RIPE FOR THE ENTRY OF JUDGMENT WILL RESULT IN DISMISSAL OF THE CASE. NOTICE ISSUED

| | | | |
|---|---|---|---|
| 08/24/2023 | N/A | SF | MAGISTRATE KEVIN C AUGUSTYN ASSIGNED (MANUALLY) |
| 08/24/2023 | N/A | JE | IT IS ORDERED BY THE COURT THAT THIS CAUSE BE REFERRED TO THE COURT MAGISTRATE TO TRY THE ISSUES OF LAW AND FACT ARISING THEREIN AND REPORT WITHOUT UNNECESSARY DELAY. A PARTY SEEKING A DEFAULT JUDGMENT MUST FILE A MOTION FOR DEFAULT JUDGMENT. ONCE A CASE IS SET FOR DEFAULT JUDGMENT, THE MOTION FOR DEFAULT JUDGMENT MAY BE WITHDRAWN ONLY BY SEPARATE MOTION WITH GOOD CAUSE SHOWN. NOTICE ISSUED |
| 08/24/2023 | N/A | SR | SUMMONS E-FILE COPY COST |

| 08/24/2023 | N/A | SR | SUMMONS E-FILE COPY COST |
| 08/24/2023 | N/A | SR | SUMMONS E-FILE COPY COST |
| 08/24/2023 | D3 | CS | WRIT FEE |
| 08/24/2023 | D2 | CS | WRIT FEE |
| 08/24/2023 | D1 | CS | WRIT FEE |
| 08/23/2023 | N/A | SF | JUDGE SHANNON M GALLAGHER ASSIGNED (RANDOM); RE-FILED CASE, REASSIGNED TO ORIGINAL JUDGE, JUDGE MICHAEL P SHAUGHNESSY |
| 08/23/2023 | N/A | SF | JUDGE SHANNON M GALLAGHER ASSIGNED (RANDOM) |
| 08/23/2023 | P1 | SF | SPECIAL PROJECTS FUND FEE |
| 08/23/2023 | P1 | SF | LEGAL RESEARCH |
| 08/23/2023 | P1 | SF | LEGAL NEWS |
| 08/23/2023 | P1 | SF | LEGAL AID |
| 08/23/2023 | P1 | SF | COMPUTER FEE |
| 08/23/2023 | P1 | SF | CLERK'S FEE |
| 08/23/2023 | P1 | SF | DEPOSIT AMOUNT PAID PATRICIA HILL |
| 08/23/2023 | P1 | SF | DEPOSIT AMOUNT PAID PATRICIA HILL |
| 08/23/2023 | N/A | SF | CASE FILED: COMPLAINT 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2025 PROWARE. All Rights Reserved. 1.1.303

skip to main content

Print

# CASE INFORMATION

## CV-22-970325 BLUE MOUNTAIN HOLDINGS LLC vs. COVENANT COMMUNITY CHURCH OF CLEVELAND, ET AL

### Case Parties

| | | | | |
|---|---|---|---|---|
| **PLAINTIFF** | **(1)** | BLUE MONTAIN HOLDINGS LLC<br>CO ROBBINS KELLY PATTERSON & TUCKER<br>312 ELM STREET, SUITE 2200<br>CINCINNATI, OH 45202 | **ATTORNEY** | ZACHARY D. PRENDERGAST (0081368)<br>312 ELM STREET<br>SUITE 2200<br>CINCINNATI, OH 45202-0000<br>Ph: 513-721-3330<br>Answer Filed: N/A |
| **DEFENDANT** | **(1)** | COVENANT COMMUNITY CHURCH OF CLEVELAND AN OHIO NON-PROFIT CORPORATION<br>CO EDDIE L. BURGE III, STATUTORY AG<br>3442 E. 119TH STREET<br>CLEVELAND, OH 44120 | | |
| **DEFENDANT** | **(2)** | TBF FINANCIAL LLC AN ILLINOIS LIMITED LIABILITY COMPANY<br>CO BRETT BOEHM, REGISTERED AGENT<br>870 SHERIDAN ROAD<br>HIGHWOOD, IL 60040 | **ATTORNEY** | PATRICIA HILL (0072595)<br>7570 BALES STREET<br>SUITE 220<br>LIBERTY TOWNSHIP, OH 45069-0000<br>Ph: 513-755-9500<br>Answer Filed: N/A |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2025 PROWARE. All Rights Reserved. 1.1.303

skip to main content

Print

# CASE INFORMATION

## CV-22-970325 BLUE MOUNTAIN HOLDINGS LLC vs. COVENANT COMMUNITY CHURCH OF CLEVELAND, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 12/05/2023 | P1 | CS | REFUND BALANCE OF CASE COST DEPOSIT TO ROBBINS KELLY PATTERSON & TUCKER | |
| 11/07/2023 | D1 | SR | JUDGMENT ENTRY(52297190) SENT BY REGULAR MAIL SERVICE. TO: COVENANT COMMUNITY CHURCH OF CLEVELAND CO EDDIE L. BURGE III, STATUTORY AG 3442 E. 119TH STREET CLEVELAND, OH 44120 | |
| 11/06/2023 | P1 | SR | JUDGMENT ENTRY(52297189) SENT BY EMAIL. TO: ZACHARY D. PRENDERGAST COURT@RKPT.COM | |
| 11/06/2023 | P1 | SR | JUDGMENT ENTRY(52297188) SENT BY EMAIL. TO: ZACHARY D. PRENDERGAST ZPRENDERGAST@RKPT.COM | |
| 11/06/2023 | D2 | SR | JUDGMENT ENTRY(52297187) SENT BY EMAIL. TO: PATRICIA HILL PHILL@BRICKERGRAYDON.COM | |
| 11/06/2023 | N/A | JE | AS PLAINTIFF HAS NOT COMPLIED WITH THE COURT ORDER DATED 10/12/2023 OR REQUESTED A CONTINUANCE WITHIN WHICH TO COMPLY, THE CASE IS DISMISSED, WITHOUT PREJUDICE. COURT COST ASSESSED TO THE PLAINTIFF(S). PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B). THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES, THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE. NOTICE ISSUED |  |
| 10/12/2023 | N/A | MG | REVIEW OF THE DOCKET REVEALS THAT THIS CASE WAS FILED ON 10/21/2023 AND SERVICE HAS NOT YET BEEN COMPLETED ON THE DEFENDANTS HEREIN. IN LIGHT OF THE OHIO SUPREME COURT GUIDELINES MANDATING CASES BE RESOLVED WITHIN ONE YEAR OF FILING, AND CONSIDERING THAT THIS CASE WILL NOT BE READY FOR JUDGMENT FOR 90-120 DAYS, PLAINTIFF HAS 10 DAYS FROM THE DATE OF THIS ORDER TO FILE A BRIEF DEMONSTRATING THE ABILITY TO COMPLY WITH THE OHIO SUPREME COURT GUIDELINES OR OTHERWISE COMPLETE THE LITIGATION IN A TIMELY FASHION. FAILURE TO TIMELY OR ADEQUATELY COMPLY WILL RESULT IN DISMISSAL OF THE CASE, WITHOUT PREJUDICE. NOTICE ISSUED |  |
| 01/17/2023 | D1 | SR | CERTIFIED MAIL NUMBER 49061129 ADDRESSED TO COVENANT COMMUNITY CHURCH OF CLEVELAND(D1) NOT RETURNED BY THE U.S. POSTAL SERVICE AFTER 60 DAYS. NOTICE MAILED TO PLAINTIFF(S) ATTORNEY. | |
| 01/10/2023 | D1 | SR | CERTIFIED MAIL NUMBER 49051115 ADDRESSED TO COVENANT COMMUNITY CHURCH OF CLE VELAND(D1) NOT RETURNED BY THE U.S. POSTAL SERVICE AFTER 60 DAYS. NOTICE MAILED TO PLAINTIFF(S) ATTORNEY. | |
| 12/14/2022 | D1 | SR | 49198590 ON 12/07/2022 THE WITHIN NAMED COVENANT COMMUNITY CHURCH OF CLEVELAND WAS NOT SERVED. FAILURE OF SERVICE BY S.P.S. DUE TO FAILURE OF SERVICE. | |
| 12/12/2022 | P1 | SR | NOTICE OF SUMMONS SERVICE RETURN FILED SPECIAL PROCESS SERVER RETURN OF SERVICE |  |
| 11/30/2022 | D1 | SR | SUMS COMPLAINT(49198590) SENT BY SPECIAL PROCESS SERVER. TO: COVENANT COMMUNITY CHURCH OF CLEVELAND C/O EDDIE L. BURGE III, STAT. AGENT 3342 EAST 119TH STREET CLEVELAND, OH 44120-0000 |  |
| 11/30/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/30/2022 | D1 | CS | WRIT FEE | |
| 11/29/2022 | P1 | SR | REQUEST FOR SERVICE FILED INSTRUCTIONS FOR SERIVCE |  |

| Date | Party | Type | Description | |
|---|---|---|---|---|
| 11/23/2022 | N/A | MG | PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER, FILED 10/26/2022, IS GRANTED. LITIGATION SUPPORT SERVICES, 11811 MASON MONTGOMERY ROAD, CINCINNATI, OH 45249 IS HEREBY APPOINTED AS A SPECIAL PROCESS SERVER HEREIN. NOTICE ISSUED | 📄 |
| 11/14/2022 | D1 | SR | SUMS COMPLAINT(49061129) SENT BY CERTIFIED MAIL. TO: COVENANT COMMUNITY CHURCH OF CLEVELAND C/O EDDIE L. BURGE III, STAT. AGENT 3342 EAST 119TH STREET CLEVELAND, OH 44120-0000 | 📄 |
| 11/10/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/10/2022 | D1 | CS | WRIT FEE | |
| 11/10/2022 | D1 | SR | SUMS COMPLAINT(49051115) SENT BY CERTIFIED MAIL. TO: COVENANT COMMUNITY CHURCH OF CLE VELAND CO EDDIE L. BURGE III, STATUTORY AG 3442 E. 119TH STREET CLEVELAND, OH 44120 | 📄 |
| 11/09/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/09/2022 | D1 | CS | WRIT FEE | |
| 11/09/2022 | P1 | SR | REQUEST FOR SERVICE FILED INSTRUCTIONS FOR SERIVCE | 📄 |
| 11/09/2022 | N/A | SR | USPS RECEIPT NO. 48902655 DELIVERED BY USPS 10/31/2022 TBF FINANCIAL LLC PROCESSED BY COC 11/09/2022. | |
| 11/01/2022 | D2 | AN | ANSWER FILED BY D2 TBF FINANCIAL LLC ATTORNEY PATRICIA HILL 0072595 ANSWER OF DEFENDANT TBF FINANCIAL LLC | 📄 |
| 10/28/2022 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 48902654 RETURNED 10/27/2022 FAILURE OF SERVICE ON DEFENDANT COVENANT COMMUNITY CHURCH OF CLEVELAND - NO SUCH NUMBER NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 10/26/2022 | P1 | MO | MOTION TO APPOINT SPECIAL PROCESS SERVER. MOTION TO APPOINT SPECIAL PROCESS SERVER 11/23/2022 - GRANTED | 📄 |
| 10/25/2022 | N/A | SF | MAGISTRATE JIM L JACKSON ASSIGNED (MANUALLY) | |
| 10/25/2022 | N/A | JE | IT IS ORDERED BY THE COURT THAT THIS CAUSE BE REFERRED TO THE COURT MAGISTRATE TO TRY THE ISSUES OF LAW AND FACT ARISING THEREIN AND REPORT WITHOUT UNNECESSARY DELAY. NOTICE ISSUED | 📄 |
| 10/24/2022 | D2 | SR | SUMS COMPLAINT(48902655) SENT BY CERTIFIED MAIL. TO: TBF FINANCIAL LLC CO BRETT BOEHM, REGISTERED AGENT 870 SHERIDAN ROAD HIGHWOOD, IL 60040 | 📄 |
| 10/24/2022 | D1 | SR | SUMS COMPLAINT(48902654) SENT BY CERTIFIED MAIL. TO: COVENANT COMMUNITY CHURCH OF CLEVELAND CO EDDIE L. BURGE III, STATUTORY AG 3442 E. 199TH STREET CLEVELAND, OH 44120 | 📄 |
| 10/21/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/21/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/21/2022 | D2 | CS | WRIT FEE | |
| 10/21/2022 | D1 | CS | WRIT FEE | |
| 10/21/2022 | N/A | SF | JUDGE MAUREEN CLANCY ASSIGNED (RANDOM); COMMERCIAL DOCKET CASE, REASSIGNED TO JUDGE NANCY A FUERST (RANDOM) | |
| 10/21/2022 | N/A | SF | JUDGE MAUREEN CLANCY ASSIGNED (RANDOM) | |
| 10/21/2022 | P1 | SF | SPECIAL PROJECTS FUND FEE | |
| 10/21/2022 | P1 | SF | LEGAL RESEARCH | |
| 10/21/2022 | P1 | SF | LEGAL NEWS | |
| 10/21/2022 | P1 | SF | LEGAL AID | |
| 10/21/2022 | P1 | SF | COMPUTER FEE | |
| 10/21/2022 | P1 | SF | CLERK'S FEE | |
| 10/21/2022 | P1 | SF | DEPOSIT AMOUNT PAID ZACHARY D. PRENDERGAST | |
| 10/21/2022 | P1 | SF | DEPOSIT AMOUNT PAID ZACHARY D. PRENDERGAST | |
| 10/21/2022 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2025 PROWARE. All Rights Reserved. 1.1.303

Maryellen O'Shaughnessy
Franklin County Clerk of Courts

Case Information Online

Court Schedule

Home

| Last Name: | | First Name: | | Middle Init: | | Court: | All | | Case: | 23 | CV | 006052 | | Search |

Name of: Party

Filed From:    To:

Records Per Page: 25

□ Advanced Search

□ Email Updates

# CIVIL CASE DETAIL

Previous Case      Next Case

**CASE NUMBER**
23 CV 006052

**TYPE of CASE**
FORECLOSURES

**STATUS**
CLOSED

**DATE FILED**
08/24/2023

**JUDGE**
CHRIS M BROWN

**COURTROOM**
COURTROOM 6B
345 SOUTH HIGH STREET
6TH FLOOR
COLUMBUS, OH 43215

**PLAINTIFF(S)**

| Name | Attorney |
|------|----------|
| ⊞ THE RICHWOOD BANKING COMPANY | BRANSON D DUNLOP |

**DEFENDANT(S)**

◄ Prev   Next ►

| Name | Attorney |
|------|----------|
| ⊟ VINTAGE GROUNDS CHURCH<br>PO BOX 141327<br>COLUMBUS, OH 43214 | MATTHEW P CURRY<br>MPC LAW, LLC<br>P.O. BOX 363<br>DELAWARE, OH 43015<br>(614) 380-0202 |
| ⊟ LEAF CAPITAL FUNDING LLC<br>2005 MARKET STREET<br>14TH FLOOR<br>PHILADELPHIA, PA 19103 | NO ATTORNEY ON RECORD |
| ⊟ THE HUNTINGTON NATIONAL BANK<br>17 S HIGH STREET<br>COLUMBUS, OH 43215 | NO ATTORNEY ON RECORD |
| ⊟ JPMORGAN CHASE BANK NA<br>C/O CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43219 | NO ATTORNEY ON RECORD |
| ⊟ UNKNOWN TENANTS OR OCCUPANTS<br>3530 SUNBURY ROAD<br>COLUMBUS, OH 43219 | NO ATTORNEY ON RECORD |
| ⊟ UNKNOWN TENANTS OR OCCUPANTS<br>1815 WOODLAND AVENUE<br>COLUMBUS, OH 43219 | NO ATTORNEY ON RECORD |
| ⊟ HUA ZHANG<br>8848 COLDWATER DRIVE<br>POWELL, OH 43065 | NO ATTORNEY ON RECORD |

⊟ **CASE SCHEDULE**

| Date | Description |
|------|-------------|
| 08/24/23 | CASE FILED |
| 10/19/23 | INITIAL DISCLOSURES OF THE PARTIES [CIV. R. 26(B)(3)] |
| SET UPON REQUEST TO CHAMBERS | CASE MANAGEMENT/PRETRIAL CONFERENCE WITH COURT |
| | EXPERT WITNESS [CIV. R. 26(B)(7)] |
| 01/18/24 | DISCLOSE IDENTITY - PARTY WITH BURDEN |
| NO LATER THAN 30 DAYS AFTER OPPOSING DISCLOSURE | DISCLOSE IDENTITY - PARTY WITHOUT BURDEN |
| 02/15/24 | EXPERT REPORT & CV DUE - PARTY WITH BURDEN |
| NO LATER THAN 45 DAYS AFTER OPPOSING REPORTS | EXPERT REPORT & CV DUE - PARTY WITHOUT BURDEN |
| 04/18/24 | DISPOSITIVE MOTION DEADLINE |
| 05/16/24 | DISCOVERY CUTOFF DATE |
| SET UPON REQUEST TO CHAMBERS | FINAL PRETRIAL CONFERENCE |
| | TRIAL ASSIGNMENT |

**DOCKET**    Show All Descriptions □     Select Docket Category   All

| Date | Description | Image | Fiche | Frame | Pages |
|------|-------------|-------|-------|-------|-------|
| ⊞ 01/03/25 | MASS TRANFER OF JUDGE LOCATION | | | | |
| ⊞ 08/21/24 | REFUND OF DEPOSIT FOR FEES AND COSTS | | | 00 | |
| ⊞ 08/21/24 | APPLIED - CLERK | | | 00 | |
| ⊞ 08/21/24 | APPLIED - E-FILING CHARGE | | | 00 | |

| Date | Description | | Code1 | Code2 | No. |
|---|---|---|---|---|---|
| 08/21/24 | refund issued per sale vacated to dinsmore & shohl | | | 00 | |
| 08/20/24 | COST BILL SENT | | E3991 | J46 | 1 |
| 08/15/24 | MOTION GRANTED | | 0G966 | J49 | 4 |
| 08/15/24 | DISMISSAL ORDER CASE | | 0G966 | J49 | 4 |
| 08/15/24 | ORDER TO VACATE | | 0G966 | J49 | 4 |
| 08/15/24 | MOTION TO VACATE JUDGMENT | | 0G966 | I11 | 2 |
| 08/14/24 | SUBSEQUENT COST BILL | | | | |
| 07/09/24 | APPEARANCE FILED | | 0G911 | A15 | 2 |
| 07/01/24 | ORIGINAL COPY OF FINAL APPEALABLE ORDER NOTICE FILED | | | | |
| 06/26/24 | ORIGINAL COPY OF FINAL APPEALABLE ORDER NOTICE FILED | | | | |
| 06/26/24 | STRIKE SCHEDULE DATE | | | | |
| 06/26/24 | NOTICE OF FINAL APPEALABLE ORDER | | 0G904 | Y11 | 10 |
| 06/25/24 | TERMINATE CASE | | 0G904 | Y11 | 10 |
| 06/25/24 | MOTION GRANTED | | 0G904 | Y11 | 10 |
| 06/25/24 | JUDGMENT ENTRY | | 0G904 | Y11 | 10 |
| 06/05/24 | EXHIBITS | | 0G880 | V25 | 21 |
| 06/05/24 | AFFIDAVIT FILED | | 0G880 | V07 | 18 |
| 06/05/24 | MOTION FOR DEFAULT JUDGMENT | | 0G880 | U98 | 8 |
| 05/23/24 | COMMITMENT FOR TITLE INSURANCE | | 0G865 | K17 | 15 |
| 03/26/24 | MOTION DENIED | | 0G781 | N70 | 3 |
| 03/26/24 | DECISION/ENTRY | | 0G781 | N70 | 3 |
| 12/04/23 | DISMISS CERTAIN COUNTS OF COMPLAINT | | 0G644 | F19 | 2 |
| 10/30/23 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| 10/30/23 | SERVICE FAILED - CERTIFIED | | E3821 | E87 | 1 |
| 10/17/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3814 | J14 | 1 |
| 10/17/23 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| 10/17/23 | SERVICE FAILED - CERTIFIED | | E3814 | B67 | 1 |
| 10/17/23 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| 10/17/23 | SERVICE FAILED - CERTIFIED | | E3814 | A82 | 1 |
| 10/05/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3807 | C58 | 1 |
| 10/03/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G568 | E57 | 1 |
| 10/03/23 | NOTICE OF CASE ASSOCIATION FOR PRO SE FILER | | | | |
| 10/03/23 | MOTION | | 0G568 | E55 | 2 |
| 10/03/23 | APPEARANCE FILED - PRO SE | | | | |
| 09/19/23 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| 09/19/23 | SERVICE FAILED - CERTIFIED | | E3791 | L97 | 1 |
| 09/06/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3781 | E87 | 1 |
| 09/06/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3781 | E86 | 1 |
| 09/06/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3781 | E85 | 1 |
| 09/06/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3781 | E84 | 1 |
| 09/06/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3781 | E83 | 1 |
| 08/29/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3777 | J94 | 1 |
| 08/29/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3777 | J93 | 1 |
| 08/29/23 | SERVICE COMPLETE - CERTIFIED MAIL | | E3777 | J92 | 1 |
| 08/29/23 | COMMITMENT FOR TITLE INSURANCE | | 0G525 | Y43 | 19 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B96 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B95 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B94 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B93 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B92 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B91 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B90 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B89 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B88 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B87 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B86 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B85 | 1 |
| 08/25/23 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | | E3775 | B84 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E54 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E53 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E52 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E51 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E50 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E49 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E48 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E47 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E46 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E45 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E44 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E43 | 1 |
| 08/25/23 | SUMMONS ISSUED | | E3775 | E42 | 1 |
| 08/24/23 | APPLIED - E-FILING CHARGE | | | 00 | |
| 08/24/23 | APPLIED - DAILY REPORTER | | | 00 | |
| 08/24/23 | APPLIED - SPECIALTY DOCKET FUND | | | 00 | |
| 08/24/23 | APPLIED - LEGAL AID | | | 00 | |
| 08/24/23 | APPLIED - COMPUTERIZED RESEARCH LEGAL FEES | | | 00 | |
| 08/24/23 | APPLIED - DEPOSIT FOR COSTS | | | 00 | |
| 08/24/23 | SECURITY DEPOSIT RECEIVED | | | 00 | |
| 08/24/23 | APPLIED - CLERK | | | 00 | |
| 08/24/23 | APPLIED - COURT COMPUTERIZATION | | | 00 | |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |

| ⊞ | 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
|---|----------|--------------------------------------|---|-------|-----|---|
| ⊞ | 08/24/23 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0G519 | Y16 | 3 |
| | 08/24/23 | EXHIBITS | | 0G519 | Y08 | 8 |
| | 08/24/23 | EXHIBITS | | 0G519 | X91 | 16 |
| | 08/24/23 | EXHIBITS | | 0G519 | X84 | 7 |
| | 08/24/23 | EXHIBITS | | 0G519 | X69 | 15 |
| | 08/24/23 | EXHIBITS | | 0G519 | X68 | 1 |
| | 08/24/23 | EXHIBITS | | 0G519 | X63 | 5 |
| | 08/24/23 | EXHIBITS | | 0G519 | X58 | 5 |
| | 08/24/23 | EXHIBITS | | 0G519 | X56 | 2 |
| | 08/24/23 | COMPLAINT FILED | | 0G519 | X44 | 12 |
| | 08/24/23 | CASE INFORMATION SHEET | | 0G519 | X43 | 1 |
| ⊞ | 08/24/23 | APPEARANCE FILED | | | | |
| | 08/24/23 | CLERKS ORIGINAL CASE SCHEDULE FILED | | 0G519 | Y19 | 2 |
| ⊞ | 08/24/23 | JUDGE ASSIGNED - ORIGINAL | | | | |
| ⊞ | 08/24/23 | HEARING/EVENT SCHEDULED | | | | |