IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BANK OF AMERICA, N.A., | : |
| | : |
|     Plaintiff, | :   CASE NO. 1:25-cv-01061 |
| | : |
| v. | :   Judge Charles Esque Fleming |
| | : |
| THE NOTRE DAME COLLEGE, | :   Magistrate Judge Jonathan D. Greenberg |
| PETER J. CORRIGAN, | : |
| JUSTIN TISDALE, | : |
| LEN BARKER, and | : |
| CUYAHOGA COUNTY TREASURER, | : |
| | : |
|     DEFENDANTS | : |

**STIPULATION REGARDING SETTLEMENT AND REVISED AGREED ORDER APPOINTING AURORA MANAGEMENT PARTNERS AND DAVID BAKER AS RECEIVER FOR CERTAIN PROPERTY OF THE NOTRE DAME COLLEGE**

Bank of America, N.A. (the "Bank") and David Yost, Attorney General of Ohio (the "Attorney General," and, together with the Bank, the "Parties"), by and through their undersigned counsel, hereby stipulate and state as follows:

1. The Parties have entered into a settlement (the "Settlement") which resolves the Attorney General's Motion for Stay (Dkt. No. 21; the "Motion for Stay") and any opposition of the Attorney General to the appointment of a receiver in the above-captioned case.

2. As part of the Settlement, on October 16, 2025, the Attorney General filed a Notice of Withdrawal With Prejudice of Ohio General's Motion for Stay (Dkt. No. 46).

3. As part of the Settlement, the Parties have agreed to the entry of the proposed revised Order filed at docket number 45 (the "Revised Receivership Order"), which replaces the original proposed Order filed at docket number 7.

4. The Attorney General agrees to the entry of the Revised Receivership Order and, in light of the agreed proposed Revised Proposed Order filed at docket number No. 45, withdraws its opposition to the Motion to Appoint Receiver (Dkt. No. 7).

Stipulated and agreed to by:

| | |
|---|---|
| */s/Nancy A. Valentine* | */s/ Tracy Q. Wendt* |
| Amanda J. Martinsek (0058567) | Melissa Montgomery (0071889) |
| Nancy A. Valentine (0069503) | Senior Assistant Attorney General |
| Miller Canfield Paddock and Stone, P.L.C. | Daniel Fausey (0079928) |
| 1100 Superior Avenue East, Suite 1750 | Section Chief |
| Cleveland, Ohio 44114 | Tracy Q. Wendt (0069355) |
| Phone: 216.716.5041/216.716.5040 | Assistant Attorney General |
| Email: martinsek@millercanfield.com | Charitable Law Section |
| valentine@millercanfield.com | 30 E. Broad St., 25th Floor |
| | Columbus, OH 43215 |
| -and- | Tel.: 614-779-0154 |
| | Melissa.Montgomery@OhioAGO.gov |
| Emily K. Devan (admitted pro hac vice) | Daniel.Fausey@OhioAGO.gov |
| Linda V. Donhauser (admitted pro hac vice) | Tracy.Wendt@OhioAGO.gov |
| MILES & STOCKBRIDGE P.C. | |
| 100 Light Street | *Attorneys for Interested Party David Yost,* |
| Baltimore, Maryland 21202 | *Ohio Attorney General* |
| Phone (410) 727-6464 | |
| edevan@milesstockbridge.com | |
| ldonhauser@milesstockbridge.com | |

*Attorneys for Plaintiff, Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October, 2025, a copy of the foregoing *Stipulation Regarding Settlement And Revised Agreed Order Appointing Aurora Management Partners And David Baker As Receiver For Certain Property Of The Notre Dame College* was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first class mail, postage prepaid, where the party is not registered in ECF in this case, and by email, where the party is not registered in ECF in this case, upon the following:

| | |
|---|---|
| Ohio Higher Educational Facility Commission (OHEFC)<br>25 South Front Street<br>Columbus, OH 43215 | Alexander Burlingame, Esquire<br>Squire Patton Boggs, LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Email: Alexander.burlingame@squirepb.com |
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131<br>Email: david.schlabach@usbank.com | Melissa A. Montgomery<br>Office of the Attorney General - East Gay Street<br>State of Ohio<br>16th Floor<br>150 East Gay Street<br>Columbus, OH 43215<br>614-644-7233<br>614-728-9327 (fax)<br>Melissa.Montgomery@ohioattorneygeneral.gov |
| Daniel W. Fausey<br>Office of the Attorney General - East Broad Street<br>State of Ohio<br>26th Floor<br>30 East Broad Street<br>Columbus, OH 43215<br>daniel.fausey@ohioattorneygeneral.gov | Colleen M. O'Neil, Esquire<br>Calfee, Halter & Griswold LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607<br>Email: CONeil@Calfee.com |
| Joseph D. Carney, Esquire<br>1540 Peach Drive<br>Avon, Ohio 40118-0000<br>Email: jdc@jdcarney.com<br>Attorney for Defendants Corrigan, Tisdale, and Barker | Adam D. Jutte<br>Office of the Prosecuting Attorney - Cuyahoga Cnty Lakeside, 3rd Floor<br>310 Lakeside Avenue, W<br>Cleveland, OH 44113<br>ajutte@prosecutor.cuyahogacounty.us<br>Counsel for Cuyahoga County Treasurer |

The Notre Dame College
c/o Inglewood Associates LLC
9242 Headlands Road
Mentor, Ohio 44060
Attn: Sam Steinhouse

                                                  */s/ Nancy A. Valentine*
                                                  Nancy Valentine (0069503)
                                                  *One of the Attorneys for Plaintiff,*
                                                  *Bank of America, N.A.*