**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| **v.** | : | **Judge Charles Esque Fleming** |
| | : | |
| **THE NOTRE DAME COLLEGE, *et al.*,** | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| | : | **Related Docket No. 65** |
| **Defendants.** | : | |

**CERTIFICATION OF COUNSEL REGARDING RECEIVER'S MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING SALE OF NON-RESIDENTIAL REAL PROPERTY OF THE NOTRE DAME COLLEGE FREE
AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) APPROVING SALE PROCEDURES AND MANNER OF NOTICE; (C) SCHEDULING A HEARING TO CONSIDER FINAL APPROVAL OF SALES AND RELATED MATTERS; AND (D) GRANTING RELATED RELIEF**

David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College hereby certifies as follows:

1. On October 24, 2025, the Court entered a minute entry appointing Aurora Management Partners and David Baker as Receiver. On November 5, 2025, Court entered that certain Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College (Docket No. 53) (the "Order Appointing Receiver").[1]

2. On January 15, 2026, the Receiver filed that certain Receiver's Motion for Entry of an Order (A) Authorizing Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Approving Sale Procedures

---

[1] Capitalized terms appearing herein that are not otherwise defined shall have the meanings ascribed to such terms in the Order Appointing Receiver (Docket No. 53).

and Manner of Notice; (C) Scheduling a Hearing to Consider Final Approval of Sales and Related Matters; and (D) Granting Related Relief (Docket No. 65) (the "Motion").

3.     A proposed form of order granting the Motion was filed contemporaneously therewith and was attached to the Motion as **Exhibit A** (the "Proposed Order").

4.     Proposed Bidding Procedures were attached to the Motion as **Exhibit B** approving, among other things, a procedure providing the Receiver the discretion to designate a Stalking Horse Bidder and award Bid Protections in favor of the Stalking Horse Bidder; scheduling an Auction and scheduling the date and time of the Sale Hearing, along with related deadlines; and granting related relief.

5.     A proposed form of asset purchase agreement was filed contemporaneously with the Motion and was attached to the Bidding Procedures as **Exhibit 2.**

6.     No objections to the Motion were filed with the Court or received by the Receiver or his counsel.

7.     The Receiver respectfully requests that the Court enter the Proposed Order at its earliest convenience.

8.     Plaintiff, Bank of America, N.A., consent to the entry of the Proposed Order.

9.     The Receiver and Bank of America respectfully request that the Court schedule a hearing to approve the sale in the courtroom of the Honorable Charles Esque Fleming, in the United States District Court for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113-1838, Courtroom 17A, on May 27, 28 or 29, 2026.

37474489.1

Date: February 3, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*
Shawn M. Riley (0037235)
Scott N. Opincar (0064027)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
            sopincar@mcdonaldhopkins.com


*Attorney for the Receiver, David M. Baker*

Agreed to by:

*/s/ Linda V. Donhauser*
Emily K. Devan (Admitted pro hac vice)
Linda V. Donhauser (Admitted pro hac vice)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 385-3413 (ph)
edevan@milesstockbridge.com
ldonhauser@milesstockbridge.com

*Attorneys for Plaintiff, Bank of America, N.A.*

37474489.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, a true and correct copy of the foregoing Certification of Counsel Regarding the Receiver's Motion for Entry of an Order (A) Authorizing Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Approving Sale Procedures and Manner of Notice; (C) Scheduling a Hearing to Consider Final Approval of Sales and Related Matters; and (D) Granting Related Relief (Docket No. 65) was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

| | |
|---|---|
| The Notre Dame College<br>c/o Inglewood Associates LLC<br>9242 Headlands Road<br>Mentor, Ohio 44060<br>Attn: Sam Steinhouse | Cuyahoga County Treasurer<br>2079 E. 9th St.<br>Cleveland 44115 |
| The Notre Dame College<br>c/o Statutory Agent<br>John Smetanka<br>4545 College Road<br>South Euclid, Ohio 44121 | Cuyahoga County Department of Law<br>2079 East 9th Street<br>Cleveland, OH 44115<br>Attn.: Law Director<br><br>City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, Ohio 44114 |
| John Smetanka<br>809 Everview Lane<br>Derry, Pennsylvania 15627 | Enbridge Gas Ohio<br>f/k/a East Ohio Gas<br>1201 E 55th St<br>Cleveland, OH 44103 |
| Ohio Higher Educational Facility Commission<br>25 South Front Street<br>Columbus, OH 43215 | City of South Euclid Law Department<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Lograsso |
| Ohio Attorney General's Office<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Daniel Fausey, Section Chief Charitable Law | City of South Euclid<br>Director of Planning & Development<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Love |

37474489.1

| | |
|---|---|
| Ohio Attorney General's Office<br>Charitable Law Section<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Tracy Q Wendt | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131 | Bank of America, N.A.<br>1 Financial Plaza<br>Providence, RI 02903<br>Mail Stop: RI1-537-03-02<br>Attn: Kelly Werbecki, Senior Vice<br>President |
| Tim Collins, Esq.<br>1282 West 58th Street<br>Cleveland, Ohio 44102<br>*State Court Receiver* | Matthew Bordwin<br>Keen-Summit Capital Partners LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747 |
| Peter J. Corrigan<br>3933 Kings Mill Run<br>Rocky River, Ohio 44116 | Elliott M. Smith, Esq.<br>Benesch Friedlander Coplan & Aronoff<br>LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114 |
| Justin Tisdale<br>4321 Ardmore Road<br>South Euclid, Ohio 44121 | John C. Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215-7509 |
| Len Barker<br>10690 Locust Grove Drive<br>Chardon, Ohio 44024 | |
| Joseph Carney, Esq.<br>1540 Peach Drive<br>Avon, Ohio 40118 | Jon J. Pinney, Esq.<br>KJK<br>One Cleveland Center<br>13795 East Ninth Street, 29th Floor<br>Cleveland, Ohio 44114 |
| Colleen Moran O'Neil, Esq.<br>Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114 | Linda M. Green, Esq.<br>Underwriting Counsel<br>Chicago Title Insurance Company<br>1111 Superior Avenue, Suite 602<br>Cleveland, Ohio  44114 |
| U.S. Bank Equipment Finance, a division of U.S.<br>Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258 | Hanna Commercial, LLC<br>1350 Euclid Avenue, Suite 700<br>Cleveland, Ohio 44115 |

37474489.1

| | |
|---|---|
| Crestmark Equipment Finance, Inc.<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098 | Bank of America, N.A.<br>One Financial Plaza,<br>RI1-537-03<br>Providence, RI 02891 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | The Illuminating Company<br>PO Box 371422<br>Pittsburgh, Pennsylvania 15250-7422 |
| JERRY PATE TURF & IRRIGATION INC<br>301 Schubert Dr.<br>Pensacola, FL 32504 | Xcalibre Protective Services<br>33100 Lakeland Blvd<br>Eastlake, Ohio 44095 |
| All For You Janitorial Inc.<br>304 Hidden Glen Trl.<br>Chardon, Ohio 44024 | Ward Interiors Inc.<br>698 Echo Drive<br>Mayfield Village, Ohio 44040 |
| Schindler Elevator Corporation<br>18013 Cleveland Parkway Drive<br>Suite 140<br>Cleveland, Ohio 44135 | Chores Unlimited, Inc<br>4889 Neo Pkwy<br>Garfield Heights, OH 44128 |
| HC Building Services<br>1350 Euclid Avenue, #700<br>Cleveland, Ohio 44115 | EMSCO – STRONGSVILLE<br>22350 Royalton Road<br>Strongsville, Ohio 44149 |
| REPUBLIC SERVICES<br>8123 Jones Rd.<br>Cleveland OH 44105 | Roberts Roofing Company<br>1799 Joseph Lloyd Parkway<br>Willoughby, OH 44094 |
| Paladin Protective Systems Inc.<br>7680 Hub Parkway<br>Valley View, OH 44125 | Enbridge Gas Ohio<br>PO Box 26785<br>Richmond, VA 23261-6785 |
| Northeast Ohio Regional Sewer District<br>PO Box 94550<br>Cleveland, Ohio 44101-4550 | Ohio Educational Facility Commission<br>30 East Broad Street, 36th Floor<br>Columbus, Ohio 43215<br>Attention: Chairman |
| U.S. Bank National Association<br>60 Livingston Avenue, EP-MN-WS3C<br>St. Paul, Minnesota 55107 | The East Ohio Gas Company<br>1201 East 55th Street,<br>Cleveland, Ohio 44103<br>Attention: Land Services |

37474489.1

| | |
|---|---|
| Bank of America, N.A.<br>Bank of America Center, One Commercial Place, 3rd Floor<br>Norfolk, Virginia 23606<br>Attention: Kevin Larkin<br><br>Bank of America, N.A.<br>Special Assets Group<br>One Financial Plaza<br>Providence, Rhode Island 02903 | Bank of America, N.A.<br>Special Assets Group,<br>One Financial Plaza<br>Mailstop: RI1-537-09-01<br>Providence, Rhode Island 02903 |

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
*Attorney for David M. Baker, Receiver*

37474489.1