Case: 1:25-cv-01061-CEF  Doc #: 69  Filed: 02/03/26  1 of 4.  PageID #: 1550

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | CASE NO. 1:25-cv-1061 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| NOTRE DAME COLLEGE, | ) | **ORDER GRANTING ECF No. 65** |
| | ) | |
| Defendants, *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |

Before the Court is the motion (ECF No. 65) (the "Bidding Procedures Motion")[1] filed by David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College (the "College"), by and through counsel, pursuant to the Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College (ECF No. 53) entered on November 5, 2025 (the "Order Appointing Receiver"), for entry of an order approving the proposed Bidding Procedures attached to the Motion as **<u>Exhibit B</u>;** approving a procedure providing the Receiver the discretion to designate a Stalking Horse Bidder and award Bid Protections in favor of the Stalking Horse Bidder; scheduling an Auction and the date and time of the Sale Hearing, along with related deadlines; and granting related relief.

The Court hereby finds that: (a) it has jurisdiction over the Properties and the parties in this case, including exclusive jurisdiction over the administration, control, and possession of the Properties; (b) it has the statutory authority to enter this Order; and (c) due and proper notice of

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed in the Bidding Procedures and/or the Order Appointing Receiver.

the relief requested in the Bidding Procedures Motion and the entry of this Order was given and no other or further notice is necessary other than as set forth in the Bidding Procedures.

The Court further finds that:

A.      As demonstrated by (i) the testimony and other evidence submitted by declaration and adduced at the Hearing, including the declaration submitted by the Receiver, and (ii) the representations of counsel made on the record at the Hearing, the Receiver has demonstrated good, sufficient, and sound business purposes and justifications for entry of this Order, and that the Bidding Procedures are an appropriate exercise of the Receiver's business judgment, are in the best interest of the receivership estate, and are the best available method for maximizing the value of the Properties.

B.      To maximize the value of the Properties it is necessary for the Receiver to have the means to induce a third-party bidder to serve as the Stalking Horse Bidder and provide Bid Protections pursuant to the terms of this Order, and the Bid Protections are reasonable and represent a sound exercise of the Receiver's business judgment.

C.      The dates, deadlines and notice provisions set forth in the Bidding Procedures are reasonably calculated to provide parties with notice of, and opportunity to participate in, the Auction for the Property.

D.      The Bidding Procedures Motion and the Bidding Procedures comply with all applicable statues and the local rules of this Court.

E.      Due, sufficient, and adequate notice of the relief granted herein has been given to all parties in interest.

Accordingly, and in light of no objections to the Bidding Procedures Motion, it is hereby:

**ORDERED** that the Bidding Procedures Motion (ECF No. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** the Bidding Procedures, which are fully incorporated herein by reference, are hereby approved in all respects and shall govern all Potential Bidders and Bids, including those that may be submitted by Qualified Bidders at the Auction.

**IT IS FURTHER ORDERED** that Potential Bidders seeking to submit Bids for the Property must do so in accordance with the terms of the Bidding Procedures and this Order.

**IT IS FURTHER ORDERED** that all dates and deadlines set forth in the Bidding Procedures are hereby approved. The failure of any objecting person or entity to timely file an objection prior to the Objection Deadline to the Bidding Procedures Motion shall be deemed a bar to the assertion of any objection to the relief requested by the Receiver in the Bidding Procedures Motion or the consummation and performance of the sale of the Properties to the Successful Bidder or Successful Bidders, including the transfer of the Properties free and clear of liens, claims, encumbrances and any Interests to the fullest extent permitted by law (with such liens, claims, encumbrances and any Interests attaching to the cash proceeds of the sale to the same extent and with the same validity and priority as existed immediately prior to the sale).

**IT IS FURTHER ORDERED** that all notice and service provisions set forth in the Bidding Procedures are hereby approved as adequate and reasonable.

**IT IS FURTHER ORDERED** that the failure to specifically include or reference any particular provision of the Bidding Procedures in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that the Bidding Procedures be authorized and approved in their entirety.

**IT IS FURTHER ORDERED** that the Receiver is authorized and empowered to take such steps, expend such sums, and do such other things as may be necessary to implement and effectuate the terms and requirements established and relief granted in this Order.

**IT IS FURTHER ORDERED** that the Receiver is authorized to modify the Bidding Procedures, bid increments, the deadlines set forth in the Bidding Procedures, and/or the form and terms of the asset purchase agreement attached to the Bidding Procedures as **Exhibit 2** in his reasonable business judgment, with the written consent of Plaintiff, Bank of America, N.A. and without further order of the Court, in any manner that will best promote the goals of maximizing the value of the Properties, the bidding process, or impose, at or prior to the Auction, additional or different terms and conditions on the sale.

**IT IS FURTHER ORDERED** that the hearing to approve the sale (the "Sale Hearing") is scheduled for Courtroom 17A, on May 28, 2026, at 9:00 a.m.  Following the conclusion of the Auction, with the consent of the Successful Bidder (in consultation with the Consultation Parties), or as otherwise directed by the Court, the Sale Hearing may be adjourned or rescheduled, without notice, by an announcement of the adjourned date at the Sale Hearing or by filing a notice on the docket in this case.  At the Sale Hearing, the Receiver shall present the Successful Bid to the Court for approval.

**IT IS FURTHER ORDERED** that this Court shall retain exclusive jurisdiction over any disputes arising from or related to the Properties, the Bidding Procedures, or the implementation or interpretation of this Order.

Date: February 3, 2026

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

4