# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| **v.** | : | **Judge Charles Esque Fleming** |
| | : | |
| **THE NOTRE DAME COLLEGE, *et al.,*** | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| | : | **Related Docket Nos. 65 and 69** |
| **Defendants.** | : | |

## NOTICE OF PROPOSED SALE OF ASSETS, FORM OF ASSET PURCHASE AGREEMENT, BIDDING PROCEDURES, AUCTION, SALE OBJECTION DEADLINE, AND SALE HEARING

**PLEASE TAKE NOTICE THAT:**

On October 24, 2025, the Court entered a minute entry appointing Aurora Management Partners and David Baker as Receiver. On November 5, 2025, the Court entered that certain Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College (Docket No. 53) (the "Order Appointing Receiver").[1]

On January 15, 2026, the Receiver filed that certain Receiver's Motion for Entry of an Order (A) Authorizing Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Approving Sale Procedures and Manner of Notice; (C) Scheduling a Hearing to Consider Final Approval of Sales and Related Matters; and (D) Granting Related Relief (Docket No. 65) (the "Motion").

---

[1] Capitalized terms appearing herein that are not otherwise defined shall have the meanings ascribed to such terms in the Order Appointing Receiver (Docket No. 53).

37488257.1

By order, dated February 3, 2026 (Docket No. 69) (the "Bidding Procedures Order"), the Court approved the Motion including, without limitation, certain bidding procedures (the "Bidding Procedures") that will govern the sale process for the College's non-residential assets.

All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures.  Copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and the form of Asset Purchase Agreement and all other documents filed with the Court may be accessed on the Court's docket or by email request to Scott N. Opincar, Esq. (sopincar@mcdonaldhopkins.com) and Keen-Summit Capital Partners LLC, Attn: Matthew Bordwin (mbordwin@Keen-Summit.com) and Chris Mahoney (cmahoney@Keen-Summit.com).

Any interested bidder should contact the Receiver's sales broker and marketing agent, Keen-Summit Capital Partners LLC, Attn: Matthew Bordwin (mbordwin@Keen-Summit.com) 646-381-9202, and Chris Mahoney (cmahoney@Keen-Summit.com) 646-381-9205.

Important deadlines in connection with the Sale are listed below:

| | |
|---|---|
| Deadline to File Notice of Stalking Horse Bidder or Notice of No Stalking Horse Bidder | April 17, 2026[2] |
| Deadline to Submit Qualified Bids (the "Bid Deadline") | May 1, 2026 at 5:00 p.m. (Eastern Time). |
| Deadline to Either (1) Notify Qualified Bidders of Auction or (2) Cancel Auction | May 5, 2026 |

---

[2] The Receiver reserves the right to modify the Bidding Procedures, the bid increments, and the deadlines in his reasonable business judgment, with the written consent of Plaintiff, Bank of America, N.A., in any manner that will best promote the goals of maximizing the value of the Properties, the bidding process, or impose, at or prior to the Auction, additional customary terms and conditions on the sale, including, without limitation, extending or shortening the deadlines set forth in the Bidding Procedures.

37488257.1

| | |
|---|---|
| Auction, if held | May 7, 2026 |
| Deadline to File Notice of Successful Bidder and Motion for Final Approval of the Sale | May 11, 2026 |
| **Deadline to File Objections to the Sale Motion** | **May 18, 2026** |
| Reply Deadline to Sale Objections | May 21, 2026 |
| Sale Hearing | May 28, 2026 at 9:00 a.m. ET |
| Sale Closing | On or before June 30, 2026 |

Unless adjourned in accordance with the Bidding Procedures Order, the Court will conduct a hearing to approve the sale (the "Sale Hearing") in the courtroom of the Honorable Charles Esque Fleming, in the United States District Court for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113-1838, Courtroom 17A, on May 28, 2026, at 9:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE THAT IF A SALE OBJECTION IS NOT FILED AND SERVED ON OR BEFORE MAY 18, 2026 (THE "SALE OBJECTION DEADLINE") IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE SALE AND BEING HEARD AT THE SALE HEARING, AND THE COURT MAY ENTER THE SALE ORDER WITHOUT FURTHER NOTICE TO SUCH PARTY.

37488257.1

Date: February 5, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*
Shawn M. Riley (0037235)
Scott N. Opincar (0064027)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
        sopincar@mcdonaldhopkins.com

*Attorney for the Receiver, David M. Baker*

37488257.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, a true and correct copy of the foregoing Notice of Proposed Sale of Assets, Form of Asset Purchase Agreement, Bidding Procedures, Auction, Sale Objection Deadline, and Sale Hearing was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

| | |
|---|---|
| The Notre Dame College<br>c/o Inglewood Associates LLC<br>9242 Headlands Road<br>Mentor, Ohio 44060<br>Attn: Sam Steinhouse | Cuyahoga County Treasurer<br>2079 E. 9th St.<br>Cleveland 44115 |
| The Notre Dame College<br>c/o Statutory Agent<br>John Smetanka<br>4545 College Road<br>South Euclid, Ohio 44121 | Cuyahoga County Department of Law<br>2079 East 9th Street<br>Cleveland, OH 44115<br>Attn.: Law Director<br><br>City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, Ohio 44114 |
| John Smetanka<br>809 Everview Lane<br>Derry, Pennsylvania 15627 | Enbridge Gas Ohio<br>f/k/a East Ohio Gas<br>1201 E 55th St<br>Cleveland, OH 44103 |
| Ohio Higher Educational Facility Commission<br>25 South Front Street<br>Columbus, OH 43215 | |
| Ohio Attorney General's Office<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Daniel Fausey, Section Chief Charitable Law | City of South Euclid Law Department<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Lograsso |
| Ohio Attorney General's Office<br>Charitable Law Section<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Tracy Q Wendt | City of South Euclid<br>Director of Planning & Development<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Love<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |

37488257.1

| | |
|---|---|
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131<br><br>Tim Collins, Esq.<br>1282 West 58th Street<br>Cleveland, Ohio 44102<br>*State Court Receiver*<br><br>Peter J. Corrigan<br>3933 Kings Mill Run<br>Rocky River, Ohio 44116<br><br>Justin Tisdale<br>4321 Ardmore Road<br>South Euclid, Ohio 44121<br><br>Len Barker<br>10690 Locust Grove Drive<br>Chardon, Ohio 44024<br><br>Joseph Carney, Esq.<br>1540 Peach Drive<br>Avon, Ohio 40118<br><br>Colleen Moran O'Neil, Esq.<br>Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br><br>U.S. Bank Equipment Finance, a division of U.S.<br>Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258<br><br>Crestmark Equipment Finance, Inc.<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098 | Bank of America, N.A.<br>1 Financial Plaza<br>Providence, RI 02903<br>Mail Stop: RI1-537-03-02<br>Attn: Kelly Werbecki, Senior Vice<br>President<br><br>Matthew Bordwin<br>Keen-Summit Capital Partners LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747<br><br>Elliott M. Smith, Esq.<br>Benesch Friedlander Coplan & Aronoff<br>LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br><br>John C. Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215-7509<br><br>Jon J. Pinney, Esq.<br>KJK<br>One Cleveland Center<br>13795 East Ninth Street, 29th Floor<br>Cleveland, Ohio 44114<br><br>Linda M. Green, Esq.<br>Underwriting Counsel<br>Chicago Title Insurance Company<br>1111 Superior Avenue, Suite 602<br>Cleveland, Ohio  44114<br><br>Hanna Commercial, LLC<br>1350 Euclid Avenue, Suite 700<br>Cleveland, Ohio 44115<br><br>Bank of America, N.A.<br>One Financial Plaza,<br>RI1-537-03<br>Providence, RI 02891 |

37488257.1

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | The Illuminating Company<br>PO Box 371422<br>Pittsburgh, Pennsylvania 15250-7422 |
| JERRY PATE TURF & IRRIGATION INC<br>301 Schubert Dr.<br>Pensacola, FL 32504 | Xcalibre Protective Services<br>33100 Lakeland Blvd<br>Eastlake, Ohio 44095 |
| All For You Janitorial Inc.<br>304 Hidden Glen Trl.<br>Chardon, Ohio 44024 | Ward Interiors Inc.<br>698 Echo Drive<br>Mayfield Village, Ohio 44040 |
| Schindler Elevator Corporation<br>18013 Cleveland Parkway Drive<br>Suite 140<br>Cleveland, Ohio 44135 | Chores Unlimited, Inc<br>4889 Neo Pkwy<br>Garfield Heights, OH 44128 |
| HC Building Services<br>1350 Euclid Avenue, #700<br>Cleveland, Ohio 44115 | EMSCO – STRONGSVILLE<br>22350 Royalton Road<br>Strongsville, Ohio 44149 |
| REPUBLIC SERVICES<br>8123 Jones Rd.<br>Cleveland OH 44105 | Roberts Roofing Company<br>1799 Joseph Lloyd Parkway<br>Willoughby, OH 44094 |
| Paladin Protective Systems Inc.<br>7680 Hub Parkway<br>Valley View, OH 44125 | Enbridge Gas Ohio<br>PO Box 26785<br>Richmond, VA 23261-6785 |
| Northeast Ohio Regional Sewer District<br>PO Box 94550<br>Cleveland, Ohio 44101-4550 | Ohio Educational Facility Commission<br>30 East Broad Street, 36th Floor<br>Columbus, Ohio 43215<br>Attention: Chairman |
| U.S. Bank National Association<br>60 Livingston Avenue, EP-MN-WS3C<br>St. Paul, Minnesota 55107 | The East Ohio Gas Company<br>1201 East 55th Street,<br>Cleveland, Ohio 44103<br>Attention: Land Services |
| Bank of America, N.A.<br>Bank of America Center, One Commercial Place, 3rd Floor<br>Norfolk, Virginia 23606<br>Attention: Kevin Larkin | Bank of America, N.A.<br>Special Assets Group,<br>One Financial Plaza<br>Mailstop: RI1-537-09-01<br>Providence, Rhode Island 02903 |

37488257.1

Bank of America, N.A.
Special Assets Group
One Financial Plaza
Providence, Rhode Island 02903

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
*Attorney for David M. Baker, Receiver*

37488257.1