# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| **v.** | : | **Judge Charles Esque Fleming** |
| | : | |
| **THE NOTRE DAME COLLEGE,** *et al.,* | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| **Defendants.** | : | **Related to Docket No. 88** |

---

### RECEIVER'S NOTICE OF AFFIDAVIT OF PUBLICATION FOR THE PRIVATE SALE OF RESIDENTIAL REAL PROPERTY LOCATED AT 1887 LAWNWAY ROAD IN SOUTH EUCLID, OHIO OWNED BY THE NOTRE DAME COLLEGE

---

David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College (the "College"), by and through counsel, files this Notice of that certain Affidavit of Publication of the Cleveland Plain Dealer related to the Receiver's sale of the residential real property owned by the College located at 1887 Lawnway Road, South Euclid, Ohio 44121 – Permanent Parcel Number 703-17-019 attached hereto as **Exhibit A**.

Dated: April 28, 2026

Respectfully submitted,

/s/ Scott N. Opincar
Shawn M. Riley (0037235)
Scott N. Opincar (0064027)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
     sopincar@mcdonaldhopkins.com

Counsel to the Receiver, David M. Baker

38126801.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, a true and correct copy of the foregoing Notice was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

The Notre Dame College
c/o Inglewood Associates LLC
9242 Headlands Road
Mentor, Ohio 44060
Attn: Sam Steinhouse

Ohio Higher Educational Facility Commission
25 South Front Street
Columbus, OH 43215

Ohio Attorney General's Office
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Attn.: Daniel Fausey, Section Chief Charitable Law

Ohio Attorney General's Office
Charitable Law Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Attn.: Tracy Q Wendt

U.S. Bank Trust Company, National Association
c/o David A. Schlabach, Vice President
U.S. Bank Global Corporate Trust
6000 Lombardo Center, 1st Floor
Cleveland, Ohio 44131

Tim Collins, Esq.
1282 West 58th Street
Cleveland, Ohio 44102
*State Court Receiver*

Alexander G. Burlingame
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114

38126801.1

State of Ohio Bureau of Workers Compensation
13350 Dublin Road
Columbus, Ohio 43215

State of Ohio Department of Taxation
30 E. Broad Street
14th Floor
Columbus, Ohio 43215

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
Attorney for David M. Baker, Receiver

38126801.1