## EXHIBIT A

38126801.1



**Plain Dealer**

**LEGAL AFFIDAVIT**

AD#: 0011090505

State of Ohio,) ss
County of Cuyahoga)
Joe Rosa being duly sworn, deposes that he/she is principal clerk of Advance Ohio; that Plain Dealer is a public newspaperCounty of Cuyahoga published in the city of Cleveland, with general circulation in Cuyahoga, Ashtabula, Geauga, Lake, Lorain, Medina, Portage, Summit and Trumbull counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed in the regular edition and issue of said newspaper on the following date(s):
**Plain Dealer 04/27/2026**

Joe Rosa

_____

Principal Clerk of the Publisher

Sworn to and subscribed before me this 27th day of April 2026

Russell Mackowski

_____

Notary Public



RUSSELL J. MACKOWSKI
NOTARY PUBLIC - STATE OF OHIO
COMMISSION # 2019-RE-803054
MY COMMISSION EXPIRES 9/20/2029

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

NOTICE OF PRIVATE SALE OF REAL PROPERTY PURSUANT TO 28 U.S.C. § 2001(b). NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. § 2001(b), David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College (the "College"), pursuant to an Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of The Notre Dame College entered on November 5, 2025 (the "Receivership Order"), by the United States District Court for the Northern District of Ohio (the "Court") in the case of Bank of America, N.A. vs. The Notre Dame College, et. al., Case No. 1:25-cv-01061, the Receiver has determined, in his business judgment, following consultation with his advisors and Plaintiff, Bank of America, N.A., that a private sale of the College's owned residential real property located at 1887 Lawnway, South Euclid, Ohio 44121 – Permanent Parcel Number 703-17-019 (the "Property") is in the best interest of the receivership estate and the College's creditors and is the best way for the Receiver to fulfill his duties under the Receivership Order.

On or after May 22, 2026, the Receiver will sell the Property by private sale free and clear of all liens, claims, encumbrances and interests, with any such liens, claims, encumbrances and interests attaching to the net proceeds of the sale in the order of priority.

Terms of the Sale: The Receiver has received a written offer to purchase the Property from Kislev 21 LLC ("Buyer") for a purchase price of One Hundred Sixty-Five Thousand Dollars ($165,000.00). A true and correct copy of the purchase offer from the Buyer may be obtained at no charge by contacting Scott N. Opincar at McDonald Hopkins LLC, 216-348-5753, sopincar@mcdonaldhopkins.com.

Members of the public who are interested in making a written bona fide offer to purchase the Property for at least ten percent (10%) more than $165,000.00 on substantially the same terms as the Buyer should contact Scott N. Opincar at McDonald Hopkins LLC, 216-348-5753, sopincar@mcdonaldhopkins.com before May 11, 2026. IF NO SUCH OFFER IS TIMELY RECEIVED, THE COURT MAY CONFIRM THE PRIVATE SALE OF THE PROPERTY TO BUYER WITHOUT FURTHER NOTICE.
PD, APR. 27, 2026 -0011090505