**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| **v.** | : | **Judge Charles Esque Fleming** |
| | : | |
| **THE NOTRE DAME COLLEGE, *et al.,*** | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| **Defendants.** | : | **Related to Docket No. 76 and 78** |

---

**RECEIVER'S NOTICE OF ONLINE AUCTION FOR PERSONAL PROPERTY OWNED BY THE NOTRE DAME COLLEGE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS TO BE HELD ON MAY 18, 2026 AT 10:00 A.M. AND MAY 19, 2026 AT 10:00 A.M.**

---

David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College (the "College"), by and through counsel, files this Notice of Auction for the sale of certain personal property owned by the College. Notice is hereby given by the Receiver that an online Auction for the sale of personal property will be held on May 18, 2026 at 10:00 a.m. and May 19, 2026 at 10:00 a.m.

**Day 1 Featuring:**
Campus Maintenance & Shop Equipment
Library Books & Shelving
Physical Therapy & Weight Training
Sports Equipment & Pool Equipment
Biology Lab
Antique & Vintage Furniture

**Day 2 Featuring:**
Chemistry Lab
Kitchen & Cafeteria
Classrooms
Offices
Dormitory Furniture

38186562.1

Artwork
Religious Artifacts

Preview (By Appointment Only): Friday & Saturday, May 15 & 16, 2026, from 9:00 AM–5:00 PM (Eastern Time). Sale Manager(s): Alex Robey, 678-979-0721 or Alex@AMCbid.com

Pickup (By Appointment Only): May 22–May 31, 2026, from 8:00 AM–4:00 PM (Eastern Time)

Preview & Pickup Location: 1857 S Green Rd, South Euclid, OH 44121
Sale Manager(s): Alex Robey, 678-979-0721 or Alex@AMCbid.com

All items are sold AS-IS, WHERE-IS, with NO warranties expressed or implied.

15% Buyer's Premium, plus local Sales Tax of 8% where applicable. For example, a $1,000 bid would result in a $1,150 Purchase Price, which would be subject to sales tax unless proper tax-exempt documentation is furnished at or before checkout.

Invoices over $2,500 must be paid via WIRE TRANSFER only, and any VEHICLE or TRAILER purchase must be paid via WIRE TRANSFER only. *\*$125 Document Fee added to the Purchase Price of each Titled Asset. Please allow 30-60 days for title processing. \**

THE AUCTIONEER DOES NOT ACCEPT CHECKS OR CASH - ABSOLUTELY NO EXCEPTIONS - PLEASE BID ACCORDINGLY

<u>Payment must be received, or the initiation of a wire transfer must be confirmed by Friday, May 22, 2026, at 5:00 PM (Eastern Time)</u>.  After this deadline, unpaid items will be deemed abandoned and may be resold, and non-paying bidders will be barred from future auctions.

Removal Costs: Buyers are fully responsible for all removal-related actions and expenses.

Buyers must get approval from the Sale Manager and provide proof of sufficient insurance to hire riggers or operate machinery or rigging equipment for self-removal. Auction Management Corporation cannot be held responsible for the actions of anyone providing loading assistance or any rigging, loading, or shipping company.

**The Auctioneer's contact information is:**

Alex Robey
Auction Management Corporation
Alex@AMCbid.com
678-979-0721

**Auction page:**
https://bid.amcbid.com/ui

38186562.1

**Day 1 Catalog:**

https://bid.amcbid.com/ui/auctions/160093?category=All&subCategory=Active

**Day 2 Catalog:**

https://bid.amcbid.com/ui/auctions/160844?category=All&subCategory=Active


Dated: May 4, 2026                              Respectfully submitted,

                                                /s/ Scott N. Opincar
                                                Shawn M. Riley (0037235)
                                                Scott N. Opincar (0064027)
                                                McDonald Hopkins LLC
                                                600 Superior Avenue, East, Suite 2100
                                                Cleveland, Ohio 44114
                                                Telephone: (216) 348-5753
                                                Facsimile: (216) 348-5474
                                                Email: sriley@mcdonaldhopkins.com
                                                        sopincar@mcdonaldhopkins.com

                                                Counsel to the Receiver, David M. Baker

38186562.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, a true and correct copy of the foregoing Notice was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

| | |
|---|---|
| The Notre Dame College<br>c/o Inglewood Associates LLC<br>9242 Headlands Road<br>Mentor, Ohio 44060<br>Attn: Sam Steinhouse<br><br>The Notre Dame College<br>c/o Statutory Agent<br>John Smetanka<br>4545 College Road<br>South Euclid, Ohio 44121<br><br>John Smetanka<br>809 Everview Lane<br>Derry, Pennsylvania 15627<br><br>Ohio Higher Educational Facility Commission<br>25 South Front Street<br>Columbus, OH 43215<br><br>Ohio Attorney General's Office<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Daniel Fausey, Section Chief Charitable Law<br><br>Ohio Attorney General's Office<br>Charitable Law Section<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Tracy Q Wendt | Cuyahoga County Treasurer<br>2079 E. 9th St.<br>Cleveland 44115<br><br>Cuyahoga County Department of Law<br>2079 East 9th Street<br>Cleveland, OH 44115<br>Attn.: Law Director<br><br>City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, Ohio 44114<br><br>Enbridge Gas Ohio<br>f/k/a East Ohio Gas<br>1201 E 55th St<br>Cleveland, OH 44103<br><br>City of South Euclid Law Department<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Lograsso<br><br>City of South Euclid<br>Director of Planning & Development<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Love<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |

38186562.1

| | |
|---|---|
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131 | Bank of America, N.A.<br>1 Financial Plaza<br>Providence, RI 02903<br>Mail Stop: RI1-537-03-02<br>Attn: Kelly Werbecki, Senior Vice<br>President |
| Tim Collins, Esq.<br>1282 West 58th Street<br>Cleveland, Ohio 44102<br>*State Court Receiver* | Matthew Bordwin<br>Keen-Summit Capital Partners LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747 |
| Peter J. Corrigan<br>3933 Kings Mill Run<br>Rocky River, Ohio 44116 | Elliott M. Smith, Esq.<br>Benesch Friedlander Coplan & Aronoff<br>LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114 |
| Justin Tisdale<br>4321 Ardmore Road<br>South Euclid, Ohio 44121 | John C. Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215-7509 |
| Len Barker<br>10690 Locust Grove Drive<br>Chardon, Ohio 44024 | |
| Joseph Carney, Esq.<br>1540 Peach Drive<br>Avon, Ohio 40118 | Jon J. Pinney, Esq.<br>KJK<br>One Cleveland Center<br>13795 East Ninth Street, 29th Floor<br>Cleveland, Ohio 44114 |
| Colleen Moran O'Neil, Esq.<br>Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114 | Linda M. Green, Esq.<br>Underwriting Counsel<br>Chicago Title Insurance Company<br>1111 Superior Avenue, Suite 602<br>Cleveland, Ohio  44114 |
| U.S. Bank Equipment Finance, a division of U.S.<br>Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258 | Hanna Commercial, LLC<br>1350 Euclid Avenue, Suite 700<br>Cleveland, Ohio 44115 |
| Crestmark Equipment Finance, Inc.<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098 | Bank of America, N.A.<br>One Financial Plaza,<br>RI1-537-03<br>Providence, RI 02891 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | |

38186562.1

JERRY PATE TURF & IRRIGATION INC
301 Schubert Dr.
Pensacola, FL 32504

All For You Janitorial Inc.
304 Hidden Glen Trl.
Chardon, Ohio 44024

Schindler Elevator Corporation
18013 Cleveland Parkway Drive
Suite 140
Cleveland, Ohio 44135

HC Building Services
1350 Euclid Avenue, #700
Cleveland, Ohio 44115

REPUBLIC SERVICES
8123 Jones Rd.
Cleveland OH 44105

Paladin Protective Systems Inc.
7680 Hub Parkway
Valley View, OH 44125

Northeast Ohio Regional Sewer District
PO Box 94550
Cleveland, Ohio 44101-4550

U.S. Bank National Association
60 Livingston Avenue, EP-MN-WS3C
St. Paul, Minnesota 55107

Bank of America, N.A.
Bank of America Center, One Commercial Place,
3rd Floor
Norfolk, Virginia 23606
Attention: Kevin Larkin

Bank of America, N.A.
Special Assets Group
One Financial Plaza
Providence, Rhode Island 02903

The Illuminating Company
PO Box 371422
Pittsburgh, Pennsylvania 15250-7422

Xcalibre Protective Services
33100 Lakeland Blvd
Eastlake, Ohio 44095

Ward Interiors Inc.
698 Echo Drive
Mayfield Village, Ohio 44040

Chores Unlimited, Inc
4889 Neo Pkwy
Garfield Heights, OH 44128

EMSCO – STRONGSVILLE
22350 Royalton Road
Strongsville, Ohio 44149

Roberts Roofing Company
1799 Joseph Lloyd Parkway
Willoughby, OH 44094

Enbridge Gas Ohio
PO Box 26785
Richmond, VA 23261-6785

Ohio Educational Facility Commission
30 East Broad Street, 36th Floor
Columbus, Ohio 43215
Attention: Chairman

The East Ohio Gas Company
1201 East 55th Street,
Cleveland, Ohio 44103
Attention: Land Services

Bank of America, N.A.
Special Assets Group,
One Financial Plaza
Mailstop: RI1-537-09-01
Providence, Rhode Island 02903

38186562.1

| | |
|---|---|
| State of Ohio Bureau of Workers Compensation<br>13350 Dublin Road<br>Columbus, Ohio 43215<br><br>State of Ohio Department of Taxation<br>30 E. Broad Street<br>14th Floor<br>Columbus, Ohio 43215<br><br>Akron Children's Hospital<br>One Perkins Square<br>Akron, Ohio 44308<br>Attn.: Brian Lapolla<br><br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio 44113<br>Attn.: William J. Stavole | Alexander G. Burlingame<br>Squire Patton Boggs (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br><br>Seven Wells<br>c/o Ice Miller<br>600 Superior Avenue East, Suite 1600<br>Cleveland, Ohio 44114<br>Attn.: Ray Seiler<br><br>Benesch Friedlander Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Attn.: Sam Mintzer<br><br>Yeshiva Derech Hatora<br>1508 Warrensville Center Road<br>Cleveland Heights, Ohio 44121<br>Attn.: Rabbi Sender Stoll |

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
Attorney for David M. Baker, Receiver

38186562.1