## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| **v.** | : | **Judge Charles Esque Fleming** |
| | : | |
| THE NOTRE DAME COLLEGE, *et al.,* | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| | : | **Related Docket No. 65, 69 and 93** |
| **Defendants.** | : | |

## CERTIFICATION OF COUNSEL REGARDING RECEIVER'S MOTION FOR ENTRY OF AN ORDER (A) CONFIRMING THE SALE OF NON-RESIDENTIAL REAL PROPERTY OF THE NOTRE DAME COLLEGE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND <u>(B) GRANTING RELATED RELIEF</u>

David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College hereby certifies as follows:

1.  On October 24, 2025, the Court entered a minute entry appointing Aurora Management Partners and David Baker as Receiver. On November 5, 2025, Court entered that certain Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College (Docket No. 53) (the "Order Appointing Receiver").[1]

2.  On May 11, 2026, the Receiver filed that certain Motion of Receiver for Entry of an Order (A) Confirming the Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of Liens Claims Encumbrances and Interests and (B) Granting Related Relief (Docket No. 93) (the "Sale Motion").

---

[1] Capitalized terms appearing herein that are not otherwise defined shall have the meanings ascribed to such terms in the Order Appointing Receiver (Docket No. 53) or the Sale Motion (Docket No. 93).

38303834.2

3.      A proposed form of order granting the Sale Motion was filed contemporaneously therewith and was attached to the Sale Motion as **Exhibit A** (the "Proposed Order").

4.      No objections to the Sale Motion were filed with the Court or received by the Receiver or his counsel on or prior to the Objection Deadline.

5.      The Receiver respectfully requests that the Court enter the Proposed Order at its earliest convenience and cancel the hearing to consider the Sale Motion currently scheduled on May 28, 2026.

6.      Plaintiff, Bank of America, N.A., consents to the entry of the Proposed Order.

7.      Children's Hospital Medical Center of Akron d/b/a Akron Children's Hospital, the Winning Bidder, consents to the entry of the Proposed Order.

Date: May 19, 2026

Respectfully submitted,

/s/ Scott N. Opincar
Shawn M. Riley (0037235)
Scott N. Opincar (0064027)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
          sopincar@mcdonaldhopkins.com

*Agreed to by:*

*Attorney for the Receiver, David M. Baker*

/s/ Linda V. Donhauser
Emily K. Devan (Admitted pro hac vice)
Linda V. Donhauser (Admitted pro hac vice)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 385-3413 (ph)
edevan@milesstockbridge.com
ldonhauser@milesstockbridge.com

Children's Hospital Medical Center of
Akron d/b/a Akron Children's Hospital

By: /s/ Joy D. Kosiewicz
Name: Joy D. Kosiewicz
Title:  VP Senior Associate Counsel

*Winning Bidder*

*Attorneys for Plaintiff, Bank of America, N.A.*

38303834.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing Certification of Counsel Regarding the Motion of Receiver for Entry of an Order (A) Confirming the Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of Liens Claims Encumbrances and Interests and (B) Granting Related Relief (Docket No. 93) was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

registered in ECF in this case.

| | |
|---|---|
| The Notre Dame College<br>c/o Inglewood Associates LLC<br>9242 Headlands Road<br>Mentor, Ohio 44060<br>Attn: Sam Steinhouse<br><br>The Notre Dame College<br>c/o Statutory Agent<br>John Smetanka<br>4545 College Road<br>South Euclid, Ohio 44121<br><br>John Smetanka<br>809 Everview Lane<br>Derry, Pennsylvania 15627<br><br>Ohio Higher Educational Facility Commission<br>25 South Front Street<br>Columbus, OH 43215<br><br>Ohio Attorney General's Office<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Daniel Fausey, Section Chief Charitable Law | Cuyahoga County Treasurer<br>2079 E. 9th St.<br>Cleveland 44115<br><br>Cuyahoga County Department of Law<br>2079 East 9th Street<br>Cleveland, OH 44115<br>Attn.: Law Director<br><br>City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, Ohio 44114<br><br>Enbridge Gas Ohio<br>f/k/a East Ohio Gas<br>1201 E 55th St<br>Cleveland, OH 44103<br><br>City of South Euclid Law Department<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Lograsso |

38303834.2

| | |
|---|---|
| Ohio Attorney General's Office<br>Charitable Law Section<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Tracy Q Wendt | City of South Euclid<br>Director of Planning & Development<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Love |
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |
| Tim Collins, Esq.<br>1282 West 58th Street<br>Cleveland, Ohio 44102<br>*State Court Receiver* | Bank of America, N.A.<br>1 Financial Plaza<br>Providence, RI 02903<br>Mail Stop: RI1-537-03-02<br>Attn: Kelly Werbecki, Senior Vice<br>President |
| Peter J. Corrigan<br>3933 Kings Mill Run<br>Rocky River, Ohio 44116 | Matthew Bordwin<br>Keen-Summit Capital Partners LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747 |
| Justin Tisdale<br>4321 Ardmore Road<br>South Euclid, Ohio 44121 | Elliott M. Smith, Esq.<br>Benesch Friedlander Coplan & Aronoff<br>LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114 |
| Len Barker<br>10690 Locust Grove Drive<br>Chardon, Ohio 44024 | John C. Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215-7509 |
| Joseph Carney, Esq.<br>1540 Peach Drive<br>Avon, Ohio 40118 | |
| Colleen Moran O'Neil, Esq.<br>Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114 | Jon J. Pinney, Esq.<br>KJK<br>One Cleveland Center<br>13795 East Ninth Street, 29th Floor<br>Cleveland, Ohio 44114 |
| U.S. Bank Equipment Finance, a division of U.S.<br>Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258 | Linda M. Green, Esq.<br>Underwriting Counsel<br>Chicago Title Insurance Company<br>1111 Superior Avenue, Suite 602<br>Cleveland, Ohio 44114 |

38303834.2

Crestmark Equipment Finance, Inc.
5480 Corporate Drive
Suite 350
Troy, MI 48098

CISCO SYSTEMS CAPITAL CORPORATION
170 W. Tasman Drive
MS SJ13-3
San Jose, CA 95134

JERRY PATE TURF & IRRIGATION INC
301 Schubert Dr.
Pensacola, FL 32504

All For You Janitorial Inc.
304 Hidden Glen Trl.
Chardon, Ohio 44024

Schindler Elevator Corporation
18013 Cleveland Parkway Drive
Suite 140
Cleveland, Ohio 44135

HC Building Services
1350 Euclid Avenue, #700
Cleveland, Ohio 44115

REPUBLIC SERVICES
8123 Jones Rd.
Cleveland OH 44105

Paladin Protective Systems Inc.
7680 Hub Parkway
Valley View, OH 44125

Northeast Ohio Regional Sewer District
PO Box 94550
Cleveland, Ohio 44101-4550

U.S. Bank National Association
60 Livingston Avenue, EP-MN-WS3C
St. Paul, Minnesota 55107

Hanna Commercial, LLC
1350 Euclid Avenue, Suite 700
Cleveland, Ohio 44115

Bank of America, N.A.
One Financial Plaza,
RI1-537-03
Providence, RI 02891

The Illuminating Company
PO Box 371422
Pittsburgh, Pennsylvania 15250-7422

Xcalibre Protective Services
33100 Lakeland Blvd
Eastlake, Ohio 44095

Ward Interiors Inc.
698 Echo Drive
Mayfield Village, Ohio 44040

Chores Unlimited, Inc
4889 Neo Pkwy
Garfield Heights, OH 44128

EMSCO – STRONGSVILLE
22350 Royalton Road
Strongsville, Ohio 44149

Roberts Roofing Company
1799 Joseph Lloyd Parkway
Willoughby, OH 44094

Enbridge Gas Ohio
PO Box 26785
Richmond, VA 23261-6785

Ohio Educational Facility Commission
30 East Broad Street, 36th Floor
Columbus, Ohio 43215
Attention: Chairman

38303834.2

| | |
|---|---|
| Bank of America, N.A.<br>Bank of America Center, One Commercial Place,<br>3rd Floor<br>Norfolk, Virginia 23606<br>Attention: Kevin Larkin | The East Ohio Gas Company<br>1201 East 55th Street,<br>Cleveland, Ohio 44103<br>Attention: Land Services |

| Bank of America, N.A.<br>Bank of America Center, One Commercial Place, 3rd Floor<br>Norfolk, Virginia 23606<br>Attention: Kevin Larkin | The East Ohio Gas Company<br>1201 East 55th Street,<br>Cleveland, Ohio 44103<br>Attention: Land Services |
|---|---|
| Bank of America, N.A.<br>Special Assets Group<br>One Financial Plaza<br>Providence, Rhode Island 02903 | Bank of America, N.A.<br>Special Assets Group,<br>One Financial Plaza<br>Mailstop: RI1-537-09-01<br>Providence, Rhode Island 02903 |
| State of Ohio Bureau of Workers Compensation<br>13350 Dublin Road<br>Columbus, Ohio 43215 | Alexander G. Burlingame<br>Squire Patton Boggs (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| State of Ohio Department of Taxation<br>30 E. Broad Street<br>14th Floor<br>Columbus, Ohio 43215 | Seven Wells<br>c/o Ice Miller<br>600 Superior Avenue East, Suite 1600<br>Cleveland, Ohio 44114<br>Attn.: Ray Seiler |
| Akron Children's Hospital<br>One Perkins Square<br>Akron, Ohio 44308<br>Attn.: Brian Lapolla | Benesch Friedlander Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Attn.: Sam Mintzer |
| Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio 44113<br>Attn.: William J. Stavole | Yeshiva Derech Hatora<br>1508 Warrensville Center Road<br>Cleveland Heights, Ohio 44121<br>Attn.: Rabbi Sender Stoll |

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
Attorney for David M. Baker, Receiver

38303834.2