**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | CASE NO. 1:25-cv-1061 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| NOTRE DAME COLLEGE, | ) | **ORDER** |
| | ) | |
| Defendants, *et al.* | ) | |
| | ) | |

On May 20, 2026, the Court issued an order granting the receiver's unopposed and unobjected-to motion (ECF No. 93) and confirming the sale of Permanent Parcel Number 703-18-001 located at 4545 College Road, South Euclid, Ohio 44121 and Permanent Parcel Number 703-17-028 located at 1857 Lawnway, South Euclid, Ohio 44121.  (ECF No. 98).  Accordingly, the relevant Sale Hearing set for May 28, 2026 at 9:00 a.m. is hereby **CANCELLED**.

    **IT IS SO ORDERED.**

Date: May 21, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**