# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 1:25-cv-01061** |
| | : | |
| v. | : | **Judge Charles Esque Fleming** |
| | : | |
| THE NOTRE DAME COLLEGE, *et al.,* | : | **Magistrate Judge Jonathan D. Greenberg** |
| | : | |
| **Defendants.** | : | |
| | : | |

## JOINT REPORT OF THE RECEIVER AND BANK OF AMERICA, N.A. TO THE COURT

On June 3, 2026, the Court entered its Order requiring the parties to file a joint status report on or before June 17, 2026, addressing any pending issues, matters or procedures in this case. In accordance with such Order, David M. Baker, the Court-appointed Receiver (the "Receiver") of certain property of Defendant The Notre Dame College (the "College") and Plaintiff, Bank of America, N.A. ("Bank of America"), hereby submit this Joint Report to the Court (the "Report").[1]

On October 24, 2025, the Court entered a minute entry appointing Aurora Management Partners and David Baker as Receiver. On November 5, 2025, the Court entered that certain Order Appointing Aurora Management Partners and David Baker as Receiver for Certain Property of the Notre Dame College (Docket No. 53) (the "Order Appointing Receiver"). The Receiver filed his Oath with this Court on November 13, 2025 (Docket No. 54).

Pursuant to the Order Appointing Receiver, the Receiver was appointed as receiver for certain Collateral of Bank of America owned by the College, but specifically excluding (i) the

---

[1] Capitalized terms appearing herein that are not otherwise defined shall have the meanings ascribed to such terms in the Order Appointing Receiver (Docket No. 53).

38747557.1

College's endowment funds (the "Endowment Fund") and the accounts and/or subaccounts at PNC Bank, N.A. where the Endowment Fund is deposited (collectively, the "Endowment Funds Account"), (ii) any and all other funds, property, and possessions of the College relating to any damages and/or payment from any individual defendant (the "State Defendant Payments") in Case Number: CV-25-118094, which is pending in the Cuyahoga County, Ohio Court of Common Pleas (the "State Court Action"), and (iii) any director and officer insurance funds, payments, or proceeds payable or paid to the College or the Attorney General as a result of the Attorney General's claims for misuse of endowment funds (the "Endowment Claims") in the State Court Action, or resulting from the Endowment Claims, or awarded to the Attorney General in relation to the Endowment Claims, or resulting from the State Court Action, or awarded to the Attorney General in the State Court Action (collectively the "State Insurance Proceeds" and together with the Endowment Fund, Endowment Funds Account, State Defendant Payments, and Endowment Claims, the "State Receivership Estate"). The Collateral, excluding the State Receivership Estate, is collectively referred to herein as (the "Receivership Property").

The Receiver filed that certain Receivership First Status Report on November 15, 2025 (Docket No. 55), that certain Receivership Second Status Report on January 15, 2026 (Docket No. 64), that certain Receivership Third Status Report on March 16, 2026 (Docket No. 75), and that certain Receivership Fourth Status Report on May 13, 2026 (Docket No. 95).

A.     **Budget**

Pursuant to the Order Appointing Receiver, on December 29, 2025, the Receiver and Bank of America jointly filed that certain Notice of Filing of Approved Budget Through June 30, 2026 (Docket No. 59), which included a budget for the operation of the receivership and the sale of the Receivership Property (the "Approved Budget").  The Receiver and Bank of America will discuss

38747557.1

an extension of the Budget for the time period from July 1, 2026 through the date of termination of the receivership estate.

### B.     Line of Credit

Pursuant to the Order Appointing Receiver, the Receiver and Plaintiff entered into an Amended and Restated Post Default Liquidation and Funding Agreement dated December 23, 2025, which provides liquidity to the Receiver, subject to the Approved Budget, to make such payments and disbursements in the ordinary course of business as may be necessary and proper for the maintenance, security and preservation of the Receivership Property, including, without limitation: (i) paying ordinary operating expenses, including utilities, rents, and other expenses of management, including, without limitation, compensation of all persons employed by the Receiver as permitted under the Order Appointing Receiver, to the extent incurred on or after the date of the Receiver's appointment; (ii) purchasing all necessary cleaning and other supplies, equipment, furniture and furnishings to the extent necessary on or after the date of the Receiver's appointment; and (iii) contracting for all necessary services at the Real Property Collateral on or after the date of the Receiver's appointment.

On December 11, 2025, the Receiver filed that certain Notice of Receiver's Certificate No. 1 dated November 26, 2025 (Docket No. 58) in the amount of $84,779.45.  On January 7, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 2 dated January 5, 2026 (Docket No. 63) in the amount of $514,409.48.  On January 23, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 3 dated January 23, 2026 (Docket No. 67) in the amount of $49,830.73.  On February 12, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 4 dated February 6, 2026 (Docket No. 71) in the amount of $217,567.32.  On March 13, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 5 dated March 9, 2026 (Docket

38747557.1

No. 74) in the amount of $259,137.10.  On April 10, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 6 dated April 9, 2026 (Docket No. 82) in the amount of $242,221.34. On May 19, 2026, the Receiver filed that certain Notice of Receiver's Certificate No. 7 dated May 12, 2026 (Docket No. 97) in the amount of $302,286.21.

As of June 15, 2026, the College owes Bank of America the principal amount of $18,974,394.54, plus accrued and unpaid interest, fees and costs.

**C.** **Sales of Receivership Property**

Upon his appointment, the Receiver was placed in charge of the Receivership Property. Since March 1, 2026, the Receiver, with the assistance of his retained professionals and after obtaining the consent of Bank of America, has, among other things:

**Residential Real Property Sales**:

- Filed that certain Motion for Entry of an Order (A) Approving the Private Sale of Residential Real Property Located at 4602 College Road in South Euclid, Ohio owned by The Notre Dame College Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Approving Payment of Fees and Expenses of Kiefer Real Estate Group; and (C) Granting Related Relief (Docket No. 77).  On April 15, 2026, the Court entered its Order approving the Motion (Docket No. 84).

- Filed that certain Motion for Entry of an Order (A) Approving the Private Sale of Residential Real Property Located At 1899 Lawnway Road in South Euclid, Ohio Owned by The Notre Dame College Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Approving Payment of Fees and Expenses of Kiefer Real Estate Group; and (C) Granting Related Relief (Docket No. 81). On April 27, 2026, the Court entered its Order approving the Motion (Docket No. 89).

- Filed that certain Motion for Entry of an Order (A) Approving The Private Sale of Residential Real Property Located at 1887 Lawnway Road in South Euclid, Ohio Owned by The Notre Dame College Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Approving Payment of Fees and Expenses of Kiefer Real Estate Group; and (C) Granting Related Relief (Docket No. 88). On May 12, 2026, the Court entered its Order approving the Motion (Docket No. 94).

- Closed the sale of the real property located at 4602 College Road in South Euclid, Ohio on April 29, 2026. Net sale proceeds were distributed to Bank of America.

38747557.1

- Closed the sale of the real property located at 1899 Lawnway Road in South Euclid, Ohio on or about April 30, 2026. Net sale proceeds were distributed to Bank of America.

- Closed the sale of the real property located at 1887 Lawnway Road in South Euclid, Ohio on or about June 5, 2026. Net sale proceeds were distributed to Bank of America.

**Non-Residential Real Property Sale**:

- Filed that certain Notice of Designation of Stalking Horse Bid for the Purchase of Non-Residential Real Property (Docket No. 85).
- Conducted a public auction on May 7, 2026.
- Filed that certain Motion of Receiver for Entry of an Order (A) Confirming the Sale of Non-Residential Real Property of The Notre Dame College Free and Clear of Liens Claims Encumbrances and Interests to Children's Hospital Medical Center of Akron d/b/a Akron Children's Hospital, the Winning Bidder, and (B) Granting Related Relief (Docket No. 93) (the "Sale Motion").  On May 20, 2026, the Court entered its Order approving the Sale Motion (Docket No. 98).
- The Receiver anticipates a closing of the non-residential real property sale on or before June 30, 2026. Net sale proceeds will be distributed to Bank of America.

**Personal Property Sale**:

- Filed that certain Motion for Entry of an Order (A) Amending the Order Appointing Receiver to Approve Procedures for the Sale of Personal Property Owned by The Notre Dame College Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Approving a Protocol for the Donation and/or Abandonment of Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests; and  (C) Granting Related Relief (Docket No. 76). On April 2, 2026, the Court entered its Order approving the Motion (Docket No. 78).
- Held online auctions of the personal property on May 18, 2026 and May 19, 2026.
- Closed on the sales of the personal property on or about May 21, 2026.
- Filed that certain Notice of Sales of Personal Property (Docket No. 100).  Net sale proceeds were deposited into the operating account maintained by the Receiver at Bank of America.

### D.     **Theft of Copper Wire**

A contractor hired by a purchaser of a concession trailer to remove the concession trailer and certain copper wire up to the first junction box removed additional copper wire without authorization or approval from the Receiver.  The removal of the additional copper wire occurred

5

38747557.1

in the early morning hours of May 26, 2026.  The contractor was approached by security and questioned about his presence on the campus.  The contractor stated that the personal property auctioneer gave him permission to be on site at that time. This statement was knowingly false and inaccurate.  At approximately 5:30 a.m., Tom Meeks of the property management company hired by the Receiver arrived on campus to begin his workday and observed the contractor with additional wire loaded on his trailer. This situation raised immediate concern.  The contractor told Tom Meeks that he would return the wire and have it reinstalled and reconnected.   He failed to do so.

A police report was made by the Receiver.  It is the Receiver's understanding that the contractor was arrested by the South Euclid, Ohio police department. The Receiver is evaluating possible claims as a result of the theft.

### E.     Credits Due From the City of Cleveland Division of Water and The Northeast Ohio Regional Sewer District

The Receiver asserts that the City of Cleveland Division of Water owes the receivership estate a credit in the amount of $11,651.09. See **Exhibit A** attached hereto, which is incorporated herein by reference.

The Receiver asserts that the Northeast Ohio Regional Sewer District owes the receivership estate a credit in the amount of $21,106.19. See **Exhibit B** attached hereto, which is incorporated herein by reference.

The Receiver has made demand for the return of the above-referenced credits, but has not received payment.  To the extent that payment is not received promptly, the Receiver will seek Court intervention to resolve this issue.

38747557.1

**F.      <u>Return of Insurance Premiums</u>**

The Receiver believes that upon the cancellation of existing insurance on the Receivership Property after the closing of the non-residential real property sale, the receivership estate will be entitled to a refund  of insurance premiums in the approximate amount of $135,000.  The Receiver will make demand for the return of the insurance premiums.

**G.      <u>Information from Paylocity</u>.**

Prior to the Receivership, Paylocity was the payroll processor for the College. The Receiver needs certain gross payroll data from Paylocity for the Receiver to complete the Ohio Bureau of Workers Compensation True-Up forms for fiscal year 2024 and partial fiscal year 2025.   The Gross Payroll information the Receiver needs is as follows:

| Payroll by Job Code: | July 2, 2023-July 1, 2024 | July 2, 2024- August 24, 2024 |
|---|---|---|
| Police Officer Gross Payroll | | |
| College Professionals | | |
| All other Employees | | |

The Receiver has attempted to contact Mr. Rynolds at Paylocity and Paylocity's general counsel to obtain the information, but has not received any response from Paylocity.  If the Receiver does not promptly receive a response from Paylocity, the Receiver intends to subpoena the information and/or seek Court intervention to resolve this issue.

**H.      <u>Notice of Charitable Gifts</u>.**

On June 3, 2026, the Receiver received a written notice from the Estate of Elizabeth B Wilson ("the Estate") giving notice to the Court, the Receiver, and all interested parties that the Estate made two restricted charitable donations (totaling $58,537.16) to the College:

(i)      On April 19, 2025, check 127 for $58,083.29, and

38747557.1

(ii)     On December 28, 2025, check 136 for $453.87.

Counsel for the Receiver communicated with the State Court receiver in the State Court Action to confirm that the above-referenced amounts were received by the State Court receiver.  The State Court receiver filed a notice in the State Court Action confirming receipt of the two checks.  These funds are not part of the receivership estate in this case.  This matter is resolved.

## I.     Final Report and Termination of the Receivership.

Paragraph Y of the Order Appointing Receiver provides:

As soon as is practicable after the sale or disposition of all or substantially all of the Collateral, the Receiver shall prepare, file, serve (including upon the Ohio AG and the receiver in the State Court Action), and set for hearing in this Court, its Final Report, detailing the Receivership's income and expenses, the Receiver's and the Receiver's professionals' fees and expenses, and the disposition of the Collateral from the inception of the receivership estate, and containing a summary of the receivership estate's accounting by major categories, of total revenues and total expenditures, the net amount of any surplus or deficit with supporting facts, and evidence to support an order for the distribution of any surplus, or payment of any deficit, in the receivership estate (the "Final Report"). The Final Report shall be deemed approved, the receivership estate deemed terminated, the Receiver discharged, and any bonds cancelled, absent objection from any party to this proceeding filed within twenty (20) days of the Receiver's Final Report without further order of the Court.

The Receiver anticipates filing the Final Report on or before July 30, 2026.

Date: June 16, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*
Shawn M. Riley (0037235)
Scott N. Opincar (0064027)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
          sopincar@mcdonaldhopkins.com

*Attorney for the Receiver, David M. Baker*

8

38747557.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, a true and correct copy of the foregoing Joint Report to the Court was served via the Court's ECF system on all ECF participants registered in the case at the email address registered with the Court and via first-class mail, postage prepaid, where the party is not registered in ECF in this case.

| | |
|---|---|
| The Notre Dame College<br>c/o Inglewood Associates LLC<br>9242 Headlands Road<br>Mentor, Ohio 44060<br>Attn: Sam Steinhouse | Cuyahoga County Treasurer<br>2079 E. 9th St.<br>Cleveland 44115 |
| The Notre Dame College<br>c/o Statutory Agent<br>John Smetanka<br>4545 College Road<br>South Euclid, Ohio 44121 | Cuyahoga County Department of Law<br>2079 East 9th Street<br>Cleveland, OH 44115<br>Attn.: Law Director<br><br>City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, Ohio 44114 |
| John Smetanka<br>809 Everview Lane<br>Derry, Pennsylvania 15627 | Enbridge Gas Ohio<br>f/k/a East Ohio Gas<br>1201 E 55th St<br>Cleveland, OH 44103 |
| Ohio Higher Educational Facility Commission<br>25 South Front Street<br>Columbus, OH 43215 | City of South Euclid Law Department<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Lograsso |
| Ohio Attorney General's Office<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Daniel Fausey, Section Chief Charitable Law | City of South Euclid<br>Director of Planning & Development<br>1349 South Green Road<br>South Euclid, Ohio 44121<br>Attn.: Michael Love |
| Ohio Attorney General's Office<br>Charitable Law Section<br>30 East Broad Street, 25th Floor<br>Columbus, Ohio 43215<br>Attn.: Tracy Q Wendt | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |
| U.S. Bank Trust Company, National Association<br>c/o David A. Schlabach, Vice President<br>U.S. Bank Global Corporate Trust<br>6000 Lombardo Center, 1st Floor<br>Cleveland, Ohio 44131 | |

38747557.1

| | |
|---|---|
| Tim Collins, Esq.<br>1282 West 58th Street<br>Cleveland, Ohio 44102<br>*State Court Receiver*<br><br>Peter J. Corrigan<br>3933 Kings Mill Run<br>Rocky River, Ohio 44116<br><br>Justin Tisdale<br>4321 Ardmore Road<br>South Euclid, Ohio 44121<br><br>Len Barker<br>10690 Locust Grove Drive<br>Chardon, Ohio 44024<br><br>Joseph Carney, Esq.<br>1540 Peach Drive<br>Avon, Ohio 40118<br><br>Colleen Moran O'Neil, Esq.<br>Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br><br>U.S. Bank Equipment Finance, a division of U.S. Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258<br><br>Crestmark Equipment Finance, Inc.<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098<br><br>CISCO SYSTEMS CAPITAL CORPORATION<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | Bank of America, N.A.<br>1 Financial Plaza<br>Providence, RI 02903<br>Mail Stop: RI1-537-03-02<br>Attn: Kelly Werbecki, Senior Vice President<br><br>Matthew Bordwin<br>Keen-Summit Capital Partners LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747<br><br>Elliott M. Smith, Esq.<br>Benesch Friedlander Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br><br>John C. Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215-7509<br><br>Jon J. Pinney, Esq.<br>KJK<br>One Cleveland Center<br>13795 East Ninth Street, 29th Floor<br>Cleveland, Ohio 44114<br><br>Linda M. Green, Esq.<br>Underwriting Counsel<br>Chicago Title Insurance Company<br>1111 Superior Avenue, Suite 602<br>Cleveland, Ohio  44114<br><br>Hanna Commercial, LLC<br>1350 Euclid Avenue, Suite 700<br>Cleveland, Ohio 44115<br><br>Bank of America, N.A.<br>One Financial Plaza,<br>RI1-537-03<br>Providence, RI 02891 |

JERRY PATE TURF & IRRIGATION INC
301 Schubert Dr.
Pensacola, FL 32504

All For You Janitorial Inc.
304 Hidden Glen Trl.
Chardon, Ohio 44024

Schindler Elevator Corporation
18013 Cleveland Parkway Drive
Suite 140
Cleveland, Ohio 44135

HC Building Services
1350 Euclid Avenue, #700
Cleveland, Ohio 44115

REPUBLIC SERVICES
8123 Jones Rd.
Cleveland OH 44105

Paladin Protective Systems Inc.
7680 Hub Parkway
Valley View, OH 44125

Northeast Ohio Regional Sewer District
PO Box 94550
Cleveland, Ohio 44101-4550

U.S. Bank National Association
60 Livingston Avenue, EP-MN-WS3C
St. Paul, Minnesota 55107

Bank of America, N.A.
Bank of America Center, One Commercial Place,
3rd Floor
Norfolk, Virginia 23606
Attention: Kevin Larkin

Bank of America, N.A.
Special Assets Group
One Financial Plaza
Providence, Rhode Island 02903

The Illuminating Company
PO Box 371422
Pittsburgh, Pennsylvania 15250-7422

Xcalibre Protective Services
33100 Lakeland Blvd
Eastlake, Ohio 44095

Ward Interiors Inc.
698 Echo Drive
Mayfield Village, Ohio 44040

Chores Unlimited, Inc
4889 Neo Pkwy
Garfield Heights, OH 44128

EMSCO – STRONGSVILLE
22350 Royalton Road
Strongsville, Ohio 44149

Roberts Roofing Company
1799 Joseph Lloyd Parkway
Willoughby, OH 44094

Enbridge Gas Ohio
PO Box 26785
Richmond, VA 23261-6785

Ohio Educational Facility Commission
30 East Broad Street, 36th Floor
Columbus, Ohio 43215
Attention: Chairman

The East Ohio Gas Company
1201 East 55th Street,
Cleveland, Ohio 44103
Attention: Land Services

Bank of America, N.A.
Special Assets Group,
One Financial Plaza
Mailstop: RI1-537-09-01
Providence, Rhode Island 02903

38747557.1

| | |
|---|---|
| State of Ohio Bureau of Workers Compensation<br>13350 Dublin Road<br>Columbus, Ohio 43215<br><br>State of Ohio Department of Taxation<br>30 E. Broad Street<br>14th Floor<br>Columbus, Ohio 43215<br><br>Akron Children's Hospital<br>One Perkins Square<br>Akron, Ohio 44308<br>Attn.: Brian Lapolla<br><br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio 44113<br>Attn.: William J. Stavole<br><br>Paylocity Corporation<br>1400 American Ln<br>Schaumburg, IL 60173<br>Attn.: General Counsel<br><br>Northeast Ohio Regional Sewer District<br>PO Box 94550<br>Cleveland, Ohio 44101-4550 | Alexander G. Burlingame<br>Squire Patton Boggs (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br><br>Seven Wells<br>c/o Ice Miller<br>600 Superior Avenue East, Suite 1600<br>Cleveland, Ohio 44114<br>Attn.: Ray Seiler<br><br>Benesch Friedlander Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Attn.: Sam Mintzer<br><br>Yeshiva Derech Hatora<br>1508 Warrensville Center Road<br>Cleveland Heights, Ohio 44121<br>Attn.: Rabbi Sender Stoll |

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
Attorney for David M. Baker, Receiver

38747557.1